# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## SUMMONS IN A CIVIL CASE

**08 C 790**

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
PENSION FUND,

Docket Number: _____

Assigned Judge: _____
JUDGE BUCKLO
MAGISTRATE JUDGE ASHMAN

v.

Designated
Magistrate Judge: _____

ROBI EXCAVATING, INC., an Illinois
corporation

TO: (Name and address of defendant)

Robi Excavating, Inc.
an Illinois corporation
c/o Its President and Registered Agent
Chris Garwacki
920 W. Algonquin Road
Algonquin, Illinois 60120

*(handwritten: 9814 Zimmer Rd, Algonquin IL 60120)*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK

**February 6, 2008**
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.   DATE: 2/24/08

NAME OF SERVER (PRINT)  JOHN MARZEC        TITLE  process server

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: 9814 ZIMMER RD. Algonquin, IL 60120
SERVED RUBY EXCAVATING %Chris Garwick
REG. AGENT

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/24/08
            Date

Signature of Server

THE ADDRESS BUS AGENCY INC.
1480 RENAISSANCE DR STE 208
PARK RIDGE IL 60068