# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## SUMMONS IN A CIVIL CASE

**08 C 790**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, | Docket Number: _____ |
| | Assigned Judge: _____ |
| v. | JUDGE BUCKLO<br>MAGISTRATE JUDGE ASHMAN |
| | Designated Magistrate Judge: _____ |
| ROBI EXCAVATING, INC., an Illinois corporation | |

TO: (Name and address of defendant)

Robi Excavating, Inc.
an Illinois corporation
c/o Its President and Registered Agent
Chris Garwacki
920 W. Algonquin Road
Algonquin, Illinois 60120

*9814 Zimmer Rd / Algonquin IL 60120*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

**Michael W. Dobbins, Clerk**

*Anya Ellis*

(By) DEPUTY CLERK

**February 6, 2008**

Date

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 2/24/08 |
| NAME OF SERVER (PRINT)  JOHN MARZEC | TITLE process server |

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: 9814 ZIMMER RD. Algonquin, IL 60120
SERVED ROBI EXCAVATING C/O Chris Garwacki
REG. AGENT

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[_] Other (specify): _____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/24/08
           Date

Signature of Server

THE addess USS AGENCY INC.
1480 RENAISSANCE DR STE 208
PARK RIDGE IL 60068