IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS ) <br> OF NORTHERN ILLINOIS PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBI EXCAVATING, INC. ) <br> an Illinois corporation, ) <br> ) <br> Defendant. ) | Case No 08 C 790 <br><br> Judge Bucklo, Room 1441 <br> Magistrate Judge Ashman |

### NOTICE OF FILING

To: John J. Toomey
Arnold and Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

**PLEASE TAKE NOTICE** that defendant, by its attorney, is filing its Answer to Complaint with the United States District Court, Dirksen Building, 219 S Dearborn, Chicago, IL 60604, on this 26th day of March 2008. A copy of this Answer is attached hereto and is hereby served upon you.

ROBI EXCAVATING, INC.

By: _____
One of its attorneys

**OF COUNSEL:**
Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty# 3121649
burranderson@employmentlawillinois.com

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Answer to be served on the below-named attorney by personal delivery, on this 26th day of March 2008.

John J. Toomey
Arnold and Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

Burr E. Anderson