IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS ) <br> OF NORTHERN ILLINOIS PENSION FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBI EXCAVATING, INC. ) <br> an Illinois corporation. ) <br> ) <br> Defendant. ) | Case No 08 C 790 <br><br> Judge Bucklo, Room 1441 <br> Magistrate Judge Ashman |

## ROBI'S RULE 56.1 STATEMENT OF UNCONTESTED FACTS

Defendant Robi Excavating, Inc., by and through its attorneys Anderson Law Offices, now presents its Rule 56.1 statement of undisputed material facts, supported by the affidavit of Chris Garwacki and documents created by plaintiff, and to the pleadings as: ("Compl." or "Ans").

1. This is an action for collection of withdrawal liability, interest, and penalties incurred by an employer as a result of a withdrawal from a multiemployer pension plan. (Compl. ¶ 1).

2. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA") as amended by the Multiemployer Pension Plan Amendment Acts of 1980, 29 U.S.C. §1001-1461 ("ERISA"). (Compl. ¶ 2).

1

3. Plaintiff is a trust fund administering benefits for employees of employers bound to contribute by collective bargaining agreement with General Teamsters, Chauffeurs, Salesdrivers & Helpers, Local Union No. 673, (" Union") (Compl.).

4. Robi Excavating, Inc. is an employer at all relevant times bound to make such contributions (Ans.)

5. The actions alleged arose in this judicial district.

6. The Union gave Robi notice of termination of the collective bargaining agreement in 2005 (Exhibit A, Garwacki affidavit).

7. The termination, initiated by the Union, was based on the "one-man unit" rule (Exhibit A, Garwacki affidavit).

8. Plaintiffs sued defendant in Case 05 C 5977 ("Robi I") (Exhibit B).

9. Plaintiffs in Robi I asserted a withdrawal had occurred.

10. Plaintiffs made a determination that Robi withdraw based on the Union's application of the "one-man unit" rule (see Exhibit A).

11. The parties settled Robi I (see Exhibit C).

12. Under the settlement agreement Robi was obliged to pay, and paid in full, money to the funds (see Exhibit A).

13. Pursuant to a stipulation (Exhibit C), Robi I was dismissed with prejudice.

14. The withdrawal pleaded in the instant case is identical to the withdrawal pleaded in Robi I (see Complaint in Robi I and Complaint herein).

ROBI EXCAVATING, INC.

By: _____
One of its attorneys

OF COUNSEL
Burr E. Anderson
Anderson Law Offices
407 South Dearborn – Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty # 3121649

3