IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS )<br>OF NORTHERN ILLINOIS PENSION FUND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBI EXCAVATING, INC. )<br>an Illinois corporation, )<br>)<br>Defendant. ) | Case No 08 C 790<br><br>Judge Bucklo, Room 1441<br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To:   John J. Toomey
      Arnold and Kadjan
      19 W Jackson, Suite 300
      Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 6th day of May 2008, at 9:30 a.m. Robi Excavating, Inc. shall appear before the Honorable Judge Bucklo, Room 1441, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and present the attached motion. A copy of this motion accompanies this notice and is hereby served upon you.

ROBI EXCAVATING, INC

By: _____
     One of its attorneys

Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL  60605
(312) 957-1100
Atty#31216149

## CERTIFICATE OF SERVICE

      I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Motion for Summary Judgment and supporting documents to be served on the below-named attorney, by personal delivery, on this 30th day of April 2008.

John J. Toomey
Arnold and Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

                                                      Burr E. Anderson