UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−00790
                                                    Honorable Elaine E. Bucklo

Robi Excavating, Inc.
                                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Status hearing held on 5/1/2008. Set deadlines/hearing as to defendant's motion for summary judgment[12] : Responses and plaintiffs' cross−motion for summary judgment due by 6/25/2008. Status hearing set for 7/2/2008 at 09:30 AM. Defendant has until 5/30/08 to comply with plaintiffs' discovery request including deposition.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.