**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS | ) | |
| OF NORTHERN ILLINOIS PENSION FUND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No 08 C 790 |
| | ) | |
| ROBI EXCAVATING, INC. | ) | Judge Bucklo, Room 1441 |
| an Illinois corporation, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF**
**AGREED PROTECTIVE ORDER**

Defendant ROBI EXCAVATING, INC. ("Robi"), by its attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("F.R.C.P."), now moves for the entry of a protective order stating:

1.      The parties are engaging in discovery. Plaintiff has sought sensitive business records.

2.      The parties have agreed to an executed protective order to accompany the production of these records.

3.      This motion is unopposed.

**WHEREFORE**, defendant Robi Excavating, Inc. prays that this Honorable Court enters the attached agreed order.

ROBI EXCAVATING, INC.

By: _____

One of its Attorneys

OF COUNSEL:
Burr E. Anderson
Anderson Law Offices
407 S Dearborn   #1085
Chicago, Illinois   60605
(312) 957-1100
burranderson@employmentlawillinois.com
Atty# 3121649