UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund

                                        Plaintiff,

v.                                                                                 Case No.:
                                                                                 1:08−cv−00790

                                                                                 Honorable Elaine
                                                                                 E. Bucklo

Robi Excavating, Inc.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's Motion for entry of an agreed protective order [17] is granted. The parties are directed to submitted an original agreed protective order to chambers as soon as possible. No appearance is necessary on 6/16/2008. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.