IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, </br></br>Plaintiff,</br></br>v.</br></br>ROBI EXCAVATING, INC. an Illinois corporation,</br></br>Defendant. | )</br>)</br>)</br>)</br>)  No. 08 C 790</br>)</br>)  Judge Bucklo</br>)</br>)  Magistrate Judge Ashman</br>)</br>) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NOW COME the Plaintiffs, TRUSTEES OF THE OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND ("Fund"), pursuant to FRCP 56 and L.R. 56.1(a)(3), and move for the entry of summary judgment against ROBI EXCAVATING, INC., ("Robi") as to liability and damages. In support of its Motion, Plaintiffs state as follows:

1. The Fund filed this action seeking to collect withdrawal liability due from Robi, an employer that effected a complete withdrawal from the Fund pursuant to 29 U.S.C. § 1383.

2. The Fund sent the requisite notice and demand for payment to Robi and an accompanying schedule of payments. To date, Robi has failed to make any withdrawal liability payments to the Fund and has defaulted.

3. Robi also failed to initiate arbitration of the Fund's withdrawal liability assessment pursuant to the requirements of Section 4221 of ERISA, 29 U.S.C. § 1401. Since Robi failed to make any withdrawal liability payments, and since it failed to initiate arbitration, Robi has waived all challenges to the withdrawal liability assessment, and the full amount of the withdrawal liability assessment is owed.

4. Robi waived its defenses of improper termination of the collective bargaining agreement and *res judicata* and *collateral estoppel* through failing to initiate arbitration, and, in any case, the defenses have no merit.

5. As a result, Plaintiffs are entitled to summary judgment in their favor and against Robi, and all trades or businesses under common control, pursuant to 29 U.S.C. § 1132(b)(1), for withdrawal liability, interest, liquidated damages, attorneys fees, and costs plus all other relief afforded under 29 U.S.C. § 1132(g)(2), 29 U.S.C. § 1451(b), and 29 U.S.C. § 1451(e).

**WHEREFORE**, Plaintiffs respectfully request that this Court enter summary judgment in favor of Plaintiffs and against Robi Excavating, Inc., and all trades or businesses under common control, for the withdrawal liability, interest, liquidated damages and attorneys fees, and costs pursuant to 29 U.S.C. § 1132(g)(2), 29 U.S.C. § 1451(b), and 29 U.S.C. § 1451(e), including costs and reasonable attorneys fees.

Respectfully submitted,

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, Plaintiffs,

By:     /s/ Anthony B. Sanders
        One of their Attorneys

JOHN J. TOOMEY
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415