IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, ) ) ) Plaintiff, ) ) v. ) ) ROBI EXCAVATING, INC., ) an Illinois corporation, ) ) Defendant. ) | Case No 08 C 790 Judge Bucklo, Room 1441 Magistrate Judge Ashman |

**ROBI'S ANSWER TO PLAINTIFFS'
FIRST REQUEST TO DEFENDANT TO ADMIT
FACT OR APPLICATION OF LAW TO FACT**

Defendant, Robi Excavating, Inc., through its attorney, Burr E. Anderson, answers plaintiff's first requests to admit as follows:

    1.    **Admit that Robi Excavating, Inc., ceased making contributions to the Suburban Teamsters of Northern Illinois Pension Fund in 2007.**

ANSWER:    Admits, and states this occurred because plaintiff refused to accept them.

    2.    **Admit that Robi Excavating, Inc., ceased to be obligated to make contributions to the Suburban Teamsters of Northern Illinois Pension Fund in 2005 and, thus, completely withdrew from the Fund in 2005.**

ANSWER:    OBJECTION: Compound facts. Denies.

    3.    **Admit that Zygmunt Garwacki was Secretary of Robi Excavating, Inc.**

ANSWER:    Admits.

       4.     Admit that Chris Garwacki was President of Robi Excavating, Inc., during all 2005.

**ANSWER:**    Admits.

       5.     Admit that Exhibit A, dated July 2, 2007, is a true and correct copy of a letter signed by Jose M. Colin, in his capacity as a representative of the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund that was received by Robi Excavating, Inc., on or about July 12, 2007.

**ANSWER:**    Admits.

       6.     Admit that Exhibit A, dated July 2, 2007, is a true and correct copy of a letter signed by Jose M. Colin, in his capacity as a representative of the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund that was received by Zygmunt Garwacki, Secretary of Robi Excavating, Inc., on or about July 12, 2007.

**ANSWER:**    Denies.

       7.     Admit that Exhibit A states that withdrawal liability of Robi Excavating, Inc., has been calculated to be in a total amount of $20,011.00.

**ANSWER:**    Admit Exhibit A states this. Denies withdrawal liability.

       8.     Admit that Exhibit A demands that Robi Excavating, Inc., pay its withdrawal liability pursuant to a schedule with the first installment payment of $8,965.00 due on July 15, 2007, October 15, 2007 and a final payment of the remaining amount of $2,340.00 due on January 15, 20083.

**ANSWER:**    Admit Exhibit A states this. Denies withdrawal liability.

       9.     Admit that Robi Excavating, Inc., failed to make its first withdrawal liability installment payment of $8,965.00 due on July 15, 2007 and its second quarterly withdrawal liability installment payment of $8,965.00 due on October 15, 2007 and its final payment of $2,340.00 at any time prior to January 15, 2008.

**ANSWER:**    Denies withdrawal liability. Admits no payments in the amounts shown.

  10. **Admit that Robi Excavating, Inc., failed to present to the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund a request for review, identification of any inaccuracy in the amount of the unfunded vested benefit allocable to it or other additional relevant information within 90 days of the date it received Exhibit A.**

ANSWER: Denies withdrawal liability and applicability of unfunded vested benefit allocable to it. Admits remainder.

  11. **Admit that Robi Excavating, Inc., failed to present to the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund a request for review or identification of any inaccuracy in the amount of the unfunded vested benefit allocable to it or any other additional relevant information at any time.**

ANSWER: Denies withdrawal liability and applicability of unfunded vested benefit allocable to it. Admits remainder.

  12. **Admit that Robi Excavating, Inc., has failed at any time to request arbitration of any dispute concerning the withdrawal liability determination of the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund.**

ANSWER: Denies withdrawal liability. Admits remainder.

  13. **Admit that Chris Garwacki was the registered agent for Robi Excavating, Inc., during all of July, 2007.**

ANSWER: Admits.

  14. **Admit that Zygmunt Garwacki was the secretary for Robi Excavating, Inc., during all of July, 2007.**

ANSWER: Admits.

15. Admit that Robi Excavating, Inc., has not, at any time from July 15, 2007 to the present, paid any amount to the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund toward the withdrawal liability demanded in Exhibit A.

**ANSWER:** Admits, and states this occurred because plaintiff refused to accept them.

Denies withdrawal liability.

                                          ROBI EXCAVATING, INC.

                                          By:_____
                                               One of its Attorneys

OF COUNSEL:
Burr E. Anderson
Anderson Law Offices
407 S Dearborn  #1085
Chicago, IL  60605
(312) 957-1100
burranderson@employmentlawillinois.com
Atty# 3121649

4

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached **Answer To Plaintiffs' First Request To Defendant To Admit Fact Or Application Of Law To Fact** to be served on the below-named attorney by fax and first class mail, on this 25th day of April 2008.

John J. Toomey
Arnold and Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

Burr E. Anderson

5