Exhibit A to Plaintiffs' Request to Admit

Case 1:08-cv-00790    Document 21-6    Filed 06/25/2008    Page 1 of 6

# SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS
## PENSION FUND
1275 WEST ROOSEVELT ROAD, UNIT 121, WEST CHICAGO, ILLINOIS 60185

TELEPHONE 630-293-0390      FAX 630-562-0581

July 2, 2007

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED
And Regular Mail

Mr. Chris Garwacki, President
Robi Excavating, Inc.
4460 Barharbor Drive
Lake In the Hills, IL 60102

Mr. Chris Garwacki
Register Agent
Robi Excavating, Inc.
150 Woodview Drive
Elgin, IL 60120

Mr. Zygmunt Garwacki
Secretary
Robi Excavating, Inc.
1124 Foxpath
West Dundee, IL 60118

Re: Withdrawal Liability

Gentlemen:

Robi Excavating, Inc. completely withdrew from the Suburban Teamsters of Northern Illinois Pension Fund ("Pension Fund") during the plan year ending on December 31, 2005. Under the provisions of Section 4219 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as modified by the Multiemployer Pension Plan Amendments Act of 1980, you are hereby notified that your company is obligated to pay the Pension Fund the amount of $20,011.00 as a withdrawal liability assessment. This amount is payable in quarterly installments of $8,965.00, commencing on July 15, 2007, and with following payment in the same amount due on October 15, 2007, with a final payment of $2,340.00 due on January 15, 2008. You may also discharge your obligation with a single payment of $20,011.00, payable on July 15, 2007. I have enclosed a copy of the calculation of the withdrawal liability.

Robi Excavating, Inc.
July 2, 2007
Page 2

If you fail to make any payment when due, the entire balance will become immediately due and payable and the Pension Fund will assess interest from the due date and will undertake appropriate legal action to collect the withdrawal liability. I also direct your attention to ERISA Sections 4219 and 4221 for a description of rights you may have in connection with this assessment of withdrawal liability.

Sincerely,

Jose Colin

Encl
cc:    Mr. Barry G. Collins
       Mr. David Feinstein
       Mr. John J. Toomey

**Suburban Teamsters of Northern Illinois Pension Plan**
Withdrawal Liability Calculation for Employers Withdrawing During 2005
Employer: Robi Excavating, Inc.

Contribution Ratio
1. Contribution history

|   | Plan Year Ended | Withdrawing Employer | All Employers |
|---|---|---|---|
| a. | 12/31/1997 | $3,340 | $12,096,364 |
| b. | 12/31/1998 | 14,396 | 13,223,359 |
| c. | 12/31/1999 | 16,548 | 14,752,462 |
| d. | 12/31/2000 | 36,612 | 16,928,651 |
| e. | 12/31/2001 | 23,913 | 18,662,984 |
| f. | 12/31/2002 | 23,440 | 19,863,738 |
| g. | 12/31/2003 | 16,778 | 21,689,466 |
| h. | 12/31/2004 | 3,702 | 23,393,802 |

2. Contribution ratio for allocating changes in liability

| | | |
|---|---|---|
| a. | Contribution ratio for allocating 12/31/2001 change in liability | 0.001253 |
| b. | Contribution ratio for allocating 12/31/2002 change in liability | 0.001377 |
| c. | Contribution ratio for allocating 12/31/2003 change in liability | 0.001276 |
| d. | Contribution ratio for allocating 12/31/2004 change in liability | 0.001039 |

Employer's Share of 12/31/2004 UVB

| | | |
|---|---|---|
| 1. | Share of prior years' pools ($0) | $0 |
| 2. | Share of 12/31/2001 pool ($16,330,730) | 20,462 |
| 3. | Share of 12/31/2002 pool ($40,808,045) | 56,193 |
| 4. | Share of 12/31/2003 pool (-$7,607,162) | (9,707) |
| 5. | Share of 12/31/2004 pool ($2,947,849) | 3,063 |
| 6. | Sum of pools | $70,011 |
| 7. | De minimus amount: lesser of $50,000 and 3/4 of 1% of plan's UVB | 50,000 |
| 8. | Reduction in employer's share of UVB | 50,000 |
| 9. | Employer's share of UVB (#4 - #6) | 20,011 |

**Suburban Teamsters of Northern Illinois Pension Plan**
Quarterly Repayment Schedule for Employers Withdrawing During 2005
Employer:  Robi Excavating, Inc.

1.  Employer's share of UVB                                                    $20,011

2.  Annual withdrawal liability payment

| | Weeks Worked | Contribution Rate | |
|---|---|---|---|
| 1995 plan year | 0 | | |
| 1996 plan year | 0 | | |
| 1997 plan year | 43 | | |
| 1998 plan year | 178 | | |
| 1999 plan year | 183 | | |
| 2000 plan year | 368 | | |
| 2001 plan year | 217 | | |
| 2002 plan year | 206 | | |
| 2003 plan year | 136 | | |
| 2004 plan year | 30 | 132.00 | |
| High 3-year average of weeks worked | | | 264 |
| Highest contribution rate in the 10-year period | | | 132.00 |
| Annual withdrawal liability payment | | | 34,848 |

3.  Valuation interest rate                                                    8.00%

4.  Period of repayment                                                  3 quarters

5.  Payment for first 2 quarters                                        $8,965

6.  Final payment                                                            $2,340

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Zygmont Garwacki,
Secretary
Rob's Excavating, Inc.
1124 Foxpath
West Dundee, IL 60118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Eleanor J._  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
E. GARWACKI   7-11-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

received
JUL 12 2007

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7003 0500 0003 7466 8937

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540