# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS PENSION FUND )
                                )
       Plaintiff,            )
                                )   No. 08 C 790
    v.                              )
                                )   Judge Bucklo
ROBI EXCAVATING, INC.        )
an Illinois corporation,         )   Magistrate Judge Ashman
                                )
       Defendant.          )

## AFFIDAVIT

I, David C. Feinstein, upon being first duly sworn, on oath deposes and states:

1.     I am a Fellow in the Society of Actuaries and am an Enrolled Actuary under The Employee Retirement Income Security Act of 1974 (ERISA). I am an actuary and senior consultant of Cheiron, Inc. Prior to January 1, 2007, when Cheiron, Inc. purchased Feinstein, Glaser, Olney & Co. (FGO) I was the president and one of the founding partners of FGO. I have over 30 years of experience as a pension actuary. I have been the enrolled actuary for the plan of the Northern Illinois Pension Fund since 1997.

2.     I have worked on ERISA pension plans ranging in size from under 100 participants to over 50,000. They include joint management-labor trustee and single employer (corporate) pension funds. At the present time I am the consulting and enrolled actuary for 9 multiemployer clients. I consult on defined benefit plans, defined contribution plans and health and welfare plans for these clients.

3.     I am responsible for annual valuations for pension plans in the corporate, multiemployer and public sector markets. I am responsible for various consulting projects for my clients.

including benefit design studies, cash flow projections and actuarial experience studies.

4.      I have a B.S. degree and M.S. degree in mathematics from the University of Illinois, Urbana, and a PhD in mathematics from the University of Illinois, Chicago.

5.      Cheiron, Inc. will be compensated for my time in this matter at the rate of $375.00 per hour.

6.      Each plan year, our firm prepares an actuarial report to the Trustees of each of our multiemployer defined benefit pension plan clients. The complete report is typically not provided to employers, unions, or regulators. This report provides the Trustees with information that they need to properly administer the plan and to comply with government requirements that include a detailed actuarial filing for regulatory purposes (Schedule B to Form 5500). It does not include specific information regarding the calculation of withdrawal liability. Attached as Exhibit A is the Actuarial Valuation and Review as of January 1, 2005 for the Suburban Teamsters of Northern Illinois Pension Plan.

7.      The unfunded vested liability used to establish withdrawal liability pools to be allocated to withdrawing employers is calculated as the difference between the present value of vested benefits and the market value of plan assets.

8.      The unfunded vested liability is allocated to withdrawing employers on the basis of the presumptive method described in Section 4211(b) of ERISA.

9.      The withdrawal liability of an employer upon complete withdrawal from the Plan is the sum of its proportionate shares of the unamortized balances of the Initial Pool and the Annual Charges, reduced by a de minimus amount if applicable, as of the end of the Plan Year immediately preceding withdrawal.

10.     The unamortized portions of the Initial Pool and the Annual Charges are prorated to an

2

employer on the basis of the ratio of the employer's obligated contributions to the plan's total contributions in the five-year period immediately prior to the establishment of each pool.

11.    Attached as Exhibit B is the Withdrawal Liability report as of December 31, 2004 for the Suburban Teamsters of Northern Illinois Pension Plan which shows the calculation of the unfunded value of vested benefits and withdrawal liability pools as of December 31, 2004.

12.    Attached as Exhibit C is a worksheet that details the calculation of withdrawal liability for Robi Excavating, Inc. I calculated that the withdrawal liability of Robi Excavating, Inc. to be $20,011.00. Additionally, I calculated that the quarterly payment schedule includes 2 payments of $8,965.00 per quarter, plus a final payment of $2,340.00.

13.    I hereby swear that Exhibits A, B, and C were prepared under my direction.

14.    Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.


_David C. Feinstein_
David C. Feinstein


SUBSCRIBED AND SWORN TO
before me this 23rd day
of June 2008


_Dawn M DeWitt_
Notary Public

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11

3

EXHIBIT A

# Feinstein Glaser Olney & Co.
CONSULTING ACTUARIES

# SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION PLAN

Actuarial Valuation as of January 1, 2005

*David C. Feinstein*
David C. Feinstein
Enrollment Number 3712

*Sushma Gupta*
Sushma Gupta
Enrollment Number 6217

152

September 2005

555 WEST JACKSON BOULEVARD • SUITE 301 • CHICAGO, ILLINOIS 60661 • PHONE (312) 629-8401 • FAX (312) 629-0798

# Table of Contents

## Valuation Summary                                                  Page 1

## Tables

Active Participants                                                   Table A

Contribution Rates Summary                                           Table B

Retiree Summary by Benefit Amounts and Option                        Table C

Participant Reconciliation                                           Table D

Summary of Plan Cost                                                 Table E

Reconciliation of Plan Cost                                          Table F

FAS No. 35 Disclosure                                                Table G

Withdrawal Liability Determination                                   Table H

Reconciliation of Assets                                             Table I

Calculation of Actuarial Value of Assets                             Table J

Calculation of (Gain)/Loss on Assets                                 Table K

Determination of Normal Cost & Unfunded Accrued Liability            Table L

Determination of Actuarial (Gain)/Loss                               Table M

Calculation of Funding Standard Account Amortization Payments and    Table N
Balances

Determination of Minimum and Maximum Deductible Contributions        Table O

Funding Standard Account for Year Ending December 31, 2004           Table P

Disclosure Information for the Schedule B (Form 5500)                Table Q

Full Funding Limitations                                             Table R

## Technical Appendix

Employee Data                                                        A1

Plan Summary                                                         A2

Valuation Methods and Actuarial Assumptions                          A6

Glossary                                                             A9

## Valuation Summary

We have completed the actuarial valuation of the Suburban Teamsters of Northern Illinois Pension Plan as of January 1, 2005. The purpose of the valuation is to measure the adequacy of the present contribution rate to support benefits at the current level of benefits. A detailed technical appendix is attached.

### Summary of Contribution Options

For 2004 the contribution options are summarized in the table below. The results are compared to the last two years' results.

| | | 2003 Results | 2004 Results | 2005 Results |
|---|---|---|---|---|
| 1. | Number of active participants | 5,071 | 5,202 | 5,323 |
| 2. | Minimum required contribution | $0 | $0 | $3,326,270 |
| 3. | Maximum deductible contribution | $193,303,099 | $222,440,501 | $283,322,859 |
| 4. | Credit balance | $36,463,212 | $31,419,824 | $28,039,232 |
| 5. | Normal cost plus 25-year amortization of the unfunded accrued liability on the basis of market value of assets | $26,806,503 | $22,092,345 | $23,516,733 |
| 6. | Expected contributions | $20,140,000 | $21,895,000 | $23,260,000 |
| 7. | Expected margin/(deficit) | | | |
| | a. Dollars | ($6,666,503) | (197,345) | (256,733) |
| | b. Percentage of contributions | -33.1% | -0.9% | -1.1% |
| 8. | Assets | | | |
| | a. Market value | $382,830,873 | $426,098,631 | $451,479,871 |
| | b. Actuarial value | $411,131,250 | $414,524,298 | $424,720,006 |
| 9. | Present value of accrued benefits | | | |
| | a. Vested | $446,425,138 | $478,457,612 | $503,959,333 |
| | b. Nonvested | 20,320,856 | 19,311,192 | 21,648,129 |
| | c. Total | $466,745,994 | $497,768,804 | $525,607,462 |

### Plan Margin

The margin/deficit for a plan is the amount by which the expected contributions exceed or fall short of the cost of the plan. The cost is determined on the basis of 25-year amortization of the unfunded accrued liability on the basis of the market value of assets. Expected 2005 contributions are approximately $257,000 less than the 2005 plan cost. In 2004, the expected contributions were approximately $197,000 less than the 2004 plan cost.

The results are based on the assumptions and methods described in the technical appendix. The actuarial assumptions used in the valuation represent the actuary's best estimate of anticipated future experience.

In 2004, the margin as a percentage of expected contributions was -.9%. In 2005, the margin is -1.1%. The reasons for the change in margin are discussed below.

In addition, the plan has a credit balance of $28,039,232, which was built up because contributions since 1976 exceeded minimum ERISA funding requirements. However, the credit balance has been decreasing for last few years. The credit balance in 2005 decreased again by $3,381,000. A credit balance also acts as a buffer against slow periods such as low employment or low fund earnings.

**Change in Plan Cost**
The reconciliation of plan cost from 2004 to 2005 on the basis of the normal cost plus expenses plus 25-year funding of the unfunded accrued liability is shown below:

| | | | |
|---|---|---|---:|
| 1. | Plan cost for 2004 | | $22,092,345 |
| 2. | Change in plan cost due to | | |
| | a. | Change in assumed expenses | 10,000 |
| | b. | Increase in expected weeks worked | 300,420 |
| | c. | (Gain)/loss on market value of assets | (457,350) |
| | d. | Decrease for contributions less than plan cost | (112,924) |
| | e. | Increase in average contribution rate | 292,715 |
| | f. | Increase in liability due to reciprocity retirements | 107,213 |
| | g. | Increase in liability for method change for valuing terminated vesteds | 455,687 |
| | h. | Increase in cost for new hires | 224,749 |
| | i. | (Gain)/loss on other assumptions | 603,878 |
| | j. | Total | 1,424,388 |
| 3. | Plan cost for 2005 | | $23,516,733 |

The above results show an increase in plan cost of $1,424,388. The primary reasons are:

- The expected number of weeks worked increased from 215,987 in 2004 to 222,395 in 2005. This increased the plan cost by $300,000.

- Actual earnings on the market value of assets for 2004 were approximately $5,271,000 more than expected earnings. The rate of return on the market value of assets was 8.8%. Amortizing the gain over 25 years decreased the plan cost by $457,000.

- Actual contributions in 2004 were $1,301,000 higher than the 2004 plan cost. This decreased plan cost by $113,000.

- An increase in the average contribution rate increased plan costs by $107,000.

- Twenty one former employees retired in 2004 under reciprocal agreements with other funds. This increased the plan cost by $107,000.

- The methodology for valuing terminated vested participants was changed in 2005 in order to better reflect actual liabilities for these participants. This increased the plan cost by $456,000.

- There were 772 new hires in 2005. This increased the plan cost by $225,000.

- Losses on other actuarial assumptions increased the plan cost by $ 604,000.

**Actuarial Assumptions and Methods**

The results are based on the following actuarial assumptions and valuation methods:

- Fund assets are expected to earn 7.50% per year.

- The mortality table for non-disabled participants is the 1971 Group Annuity set back 1 year.

- For ages below 55, we assume that 1% of the participants will retire after attaining 25 or more benefit credits. For ages 55 and older, rates for participants eligible for retirement (reduced and unreduced) are as follows:

| Age | Rates |
|---|---|
| 55 - 58 | 5% |
| 59 - 60 | 15% |
| 61 - 64 | 25% |
| 65 | 100% |

- Active participants are assumed to earn the average number of benefit credits as was earned in the prior year by continuing active participants (on average, continuing active participants earned 0.9 benefit credits in 2004).

- For determining the minimum and maximum deductible contributions, asset appreciation (depreciation) is recognized at a rate of 25% per year over 4 years, whether the appreciation is realized or unrealized, subject to a minimum of 80% of market value and a maximum of 120% of market value. See Table J for details. The market value of assets is used to determine the annual plan cost.

The actuarial assumptions are described in detail in the technical appendix.

The cost of the plan will increase on a cents per hour basis if the fund assets earn less than 7.50%. Conversely, the plan cost will decrease if the fund assets earn more than 7.50%.

**Accrued Funded Position**

One measure of a pension plan's funded position is a comparison of assets to the present value of vested and accrued benefits. The present value of accrued benefits is equal to the single sum amount required to pay for all benefits accrued to date. The present value of vested benefits is equal to that portion of the present value of accrued benefits that are vested. Vested benefits are all benefits for retired and terminated vested employees, and for active employees who have at least 5 years of vesting service.

The funded statuses as of January 1, 2005 and the prior 2 years are summarized below. The interest rate for each year is 8%.

| Date | Market Value of Assets | Present Value of Vested Benefits | | Present Value of Accrued Benefits | |
|------|------------------------|----------------------------------|---|-----------------------------------|---|
| 1/1/2005 | $451,479,871 | $503,959,333 | (90%) | $525,607,462 | (86%) |
| 1/1/2004 | 426,098,631 | 478,457,612 | (89%) | 497,768,804 | (86%) |
| 1/1/2003 | 382,830,873 | 446,425,138 | (86%) | 466,745,994 | (82%) |

The present value of accrued and vested benefits is shown in Table G; also shown is a reconciliation from January 1, 2004 to January 1, 2005. The assumptions used for these calculations are the same as those used for the cost valuation with the exception of the interest rate.

The present value of vested benefits is not the present value the Pension Benefit Guaranty Corporation (PBGC) would use to establish employer liability in the event of plan termination. The calculation of that liability is complex due to special PBGC assumptions, the maximum dollar amount of benefit guaranteed and a 5-year phase in of benefit increases. We have not done these calculations.

**Employer Withdrawal Liability**

The Multiemployer Pension Plan Act of 1980 requires the imposition of a withdrawal liability on an employer who ceases making contributions to the Fund.

An employer's withdrawal liability is based on the employer's proportional share of the unfunded vested liability as of December 31, 1979 and the differences measured at the end of each subsequent year of the unfunded vested liability over the unamortized portion of the unfunded vested liability from the prior year.

As shown in Table H, there is withdrawal liability for 2005 because the plan has an unfunded vested liability as of December 31, 2004. As of December 31, 2004 the present value of vested benefits exceeds the market value of assets by $52,479,871. The present value of vested benefits is based on the plan provisions in effect on December 31, 2004.

**Tables**

Table A

## Suburban Teamsters of Northern Illinois Pension Plan

Active Participants as of January 1, 2005

| Age | Completed Benefit Credits | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | 0 - 4 | 5 - 9 | 10 - 14 | 15 - 19 | 20 - 24 | 25 - 29 | 30 or more | |
| 19 and younger | 3 | | | | | | | 3 |
| 20 - 24 | 135 | 3 | | | | | | 138 |
| 25 - 29 | 368 | 68 | | | | | | 436 |
| 30 - 34 | 462 | 193 | 37 | | | | | 692 |
| 35 - 39 | 443 | 222 | 121 | 33 | 1 | | | 820 |
| 40 - 44 | 429 | 219 | 154 | 105 | 32 | 2 | | 941 |
| 45 - 49 | 339 | 194 | 126 | 133 | 71 | 43 | 4 | 910 |
| 50 - 54 | 198 | 120 | 103 | 91 | 54 | 79 | 28 | 673 |
| 55 - 59 | 110 | 81 | 50 | 51 | 44 | 43 | 46 | 425 |
| 60 - 64 | 57 | 44 | 29 | 29 | 20 | 17 | 26 | 222 |
| 65 and older | 11 | 11 | 8 | 5 | 6 | 6 | 5 | 52 |
| Missing DOB | 11 | | | | | | | 11 |
| Total | 2,566 | 1,155 | 628 | 447 | 228 | 190 | 109 | 5,323 |

Averages:

Age:     42.5
Service:  8.0

Note: The total count includes six active employees who are age 70 1/2 and are receiving benefits.

**Table B**

## Suburban Teamsters of Northern Illinois Pension Plan

| Contribution Rate | Number of Participants | Contribution Rate | Number of Participants |
|---|---|---|---|
| x < 10 | 1 | 78 <= x < 80 | 71 |
| 10 <= x < 12 | 18 | 80 <= x < 82 | 60 |
| 12 <= x < 14 | 0 | 82 <= x < 84 | 25 |
| 14 <= x < 16 | 0 | 84 <= x < 86 | 51 |
| 16 <= x < 18 | 0 | 86 <= x < 88 | 6 |
| 18 <= x < 20 | 0 | 88 <= x < 90 | 23 |
| 20 <= x < 22 | 43 | 90 <= x < 92 | 27 |
| 22 <= x < 24 | 0 | 92 <= x < 94 | 0 |
| 24 <= x < 26 | 32 | 94 <= x < 96 | 62 |
| 26 <= x < 28 | 0 | 96 <= x < 98 | 106 |
| 28 <= x < 30 | 0 | 98 <= x < 100 | 57 |
| 30 <= x < 32 | 20 | 100 <= x < 102 | 7 |
| 32 <= x < 34 | 4 | 102 <= x < 104 | 94 |
| 34 <= x < 36 | 6 | 104 <= x < 106 | 12 |
| 36 <= x < 38 | 2 | 106 <= x < 108 | 129 |
| 38 <= x < 40 | 0 | 108 <= x < 110 | 191 |
| 40 <= x < 42 | 92 | 110 <= x < 112 | 37 |
| 42 <= x < 44 | 7 | 112 <= x < 114 | 158 |
| 44 <= x < 46 | 150 | 114 <= x < 116 | 48 |
| 46 <= x < 48 | 0 | 116 <= x < 118 | 227 |
| 48 <= x < 50 | 0 | 118 <= x < 120 | 0 |
| 50 <= x < 52 | 255 | 120 <= x < 122 | 31 |
| 52 <= x < 54 | 37 | 122 <= x < 124 | 156 |
| 54 <= x < 56 | 152 | 124 <= x < 126 | 280 |
| 56 <= x < 58 | 3 | 126 <= x < 128 | 704 |
| 58 <= x < 60 | 0 | 128 <= x < 130 | 806 |
| 60 <= x < 62 | 22 | 130 <= x < 132 | 38 |
| 62 <= x < 64 | 0 | 132 <= x < 134 | 6 |
| 64 <= x < 66 | 83 | 134 <= x < 136 | 0 |
| 66 <= x < 68 | 77 | 136 <= x < 138 | 0 |
| 68 <= x < 70 | 56 | 138 <= x < 140 | 503 |
| 70 <= x < 72 | 163 | 140 <= x < 142 | 148 |
| 72 <= x < 74 | 11 | 142 <= x < 144 | 0 |
| 74 <= x < 76 | 17 | 144 <= x < 146 | 0 |
| 76 <= x < 78 | 9 | 146 <= x < 148 | 0 |

| | |
|---|---|
| **Number of active participants** | **5,323** |
| **Average contribution rate** | **$104.58** |

Table C

## Suburban Teamsters of Northern Illinois Pension Plan

Inactive Participants as of January 1, 2005 by Monthly Benefit Amount and Option

| Monthly Benefits | Age Retirees | | | | Disabled Retirees | | | Survivors | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Level | J&S | Step | Total | Level | J&S | Total | | |
| Less than $200 | 178 | 64 | 25 | 267 | 3 | | 3 | 156 | 426 |
| $200 - $399 | 255 | 79 | 48 | 382 | 2 | 1 | 3 | 151 | 536 |
| $400 - $599 | 219 | 49 | 43 | 311 | 7 | 4 | 11 | 69 | 391 |
| $600 - $799 | 184 | 44 | 25 | 253 | 8 | 4 | 12 | 36 | 301 |
| $800 - $999 | 174 | 40 | 22 | 236 | 9 | 4 | 13 | 25 | 274 |
| $1,000 - $1,199 | 124 | 36 | 26 | 186 | 5 | 4 | 9 | 10 | 205 |
| $1,200 - $1,399 | 97 | 26 | 14 | 137 | 6 | 1 | 7 | 7 | 151 |
| $1,400 - $1,599 | 51 | 32 | 14 | 97 | 2 | 3 | 5 | 7 | 109 |
| $1,600 - $1,799 | 41 | 17 | 11 | 69 | 1 | 2 | 3 | 6 | 78 |
| $1,800 - $1,999 | 44 | 21 | 15 | 80 | | | | 7 | 87 |
| $2,000 - $2,199 | 15 | 23 | 17 | 55 | | | | 5 | 60 |
| $2,200 - $2,399 | 11 | 19 | 13 | 43 | | | | 5 | 48 |
| $2,400 - $2,599 | 20 | 14 | 13 | 47 | 1 | | 1 | 3 | 51 |
| $2,600 - $2,799 | 9 | 19 | 7 | 35 | | | | 2 | 37 |
| $2,800 - $2,999 | 9 | 16 | 5 | 30 | | | | 1 | 31 |
| $3,000 - $3,199 | 10 | 6 | 10 | 26 | | | | 1 | 27 |
| $3,200 - $3,399 | 6 | 9 | 16 | 31 | | | | | 31 |
| $3,400 - $3,599 | | 2 | 24 | 26 | | | | | 26 |
| $3,600 - $3,799 | 2 | | 8 | 10 | | | | | 10 |
| $3,800 - $3,999 | 1 | 2 | 10 | 13 | | | | 1 | 14 |
| $4,000 - $4,199 | 1 | | 9 | 10 | | | | | 10 |
| $4,200 - $4,399 | | | 13 | 13 | | | | | 13 |
| $4,400 - $4,599 | 1 | | 6 | 7 | | | | | 7 |
| $4,600 - $4,799 | | | 2 | 2 | | | | | 2 |
| $4,800 and over | | | 7 | 7 | | | | | 7 |
| Total | 1,452 | 518 | 403 | 2,373 | 44 | 23 | 67 | 492 | 2,932 |

Note:   Actives employees who are 70 1/2 and are receiving benefits are not included in this table.

Table D

## Suburban Teamsters of Northern Illinois Pension Plan

Participant Reconciliation from January 1, 2004 to January 1, 2005

| | Actives* | Terminated Vested | Retired | Disabled | Spouses | Total |
|---|---|---|---|---|---|---|
| 1. January 1, 2004 Valuation | 5,211 | 1,911 | 2,298 | 66 | 491 | 9,977 |
| 2. Additions | | | | | | |
|   a. New entrants | 772 | | | | | 772 |
|   b. QDRO | | | 3 | | | 3 |
|   c. Reciprocity | | | 21 | | | |
|   d. Data corrections | | | 1 | | | 1 |
|   e. Total | 772 | | 25 | | | 797 |
| 3. Reductions | | | | | | |
|   a. Terminated - not vested | (461) | | | | | (461) |
|   b. Lump sum | | | | | | |
|   c. Deaths without beneficiary | | (9) | (44) | (2) | (50) | (105) |
|   d. Benefits expired | | | | | | |
|   e. Age 70 1/2 | | | | | | |
|   f. Data corrections | (4) | (2) | | | | (6) |
|   g. Total | (465) | (11) | (44) | (2) | (50) | (572) |
| 4. Changes in status | | | | | | |
|   a. Terminated - vested | (144) | 145 | | (1) | | |
|   b. Returned to work | 39 | (35) | (2) | (2) | | |
|   c. Retired | (87) | (56) | 143 | | | |
|   d. Disabled | (1) | (5) | | 6 | | |
|   e. Died with beneficiary | (2) | (2) | (49) | | 53 | |
|   f. Data corrections | | | 2 | | (2) | |
|   g. Total | (195) | 47 | 94 | 3 | 51 | |
| 5. January 1, 2005 Valuation | 5,323 | 1,947 | 2,373 | 67 | 492 | 10,202 |

* The active count includes six active employees who are age 70 1/2 and are receiving benefits.

**Table E**

# Suburban Teamsters of Northern Illinois Pension Plan

Summary of Plan Cost

| | | | Plan Year Beginning | |
| --- | --- | --- | ---: | ---: |
| | | | 1/1/2004 | 1/1/2005 |
| 1. | Contribution history | | | |
| | a. | Number of active employees at beginning of year | 5,202 | 5,323 |
| | b. | Actual contributions | 23,393,802 | TBD |
| | c. | Average contribution rate | $101.37 | $104.58 |
| | d. | Weeks of contribution | 230,776 | TBD |
| 2. | Expected weeks worked | | 215,987 | 222,395 |
| 3. | Plan cost | | | |
| | a. | Normal cost (payable monthly) | 8,503,861 | 9,536,488 |
| | b. | Expected administrative expenses | 880,000 | 890,000 |
| | c. | Unfunded accrued liability on the basis of market value of assets | 146,466,797 | 150,866,636 |
| | d. | Amortization of unfunded accrued liability over 25 years | 12,708,484 | 13,090,245 |
| | e. | Total plan cost | | |
| | | i. Dollars | 22,092,345 | 23,516,733 |
| | | ii. Dollars per week | $102.29 | $105.74 |
| 4. | Margin - Surplus or deficit of contributions over plan cost | | | |
| | a. | Average contribution rate | $101.37 | $104.58 |
| | b. | Expected contributions | $21,895,000 | $23,260,000 |
| | c. | Surplus contributions | (197,345) | (256,733) |
| | d. | Margin as a percentage of expected contributions | -0.9% | -1.1% |
| 5. | Number of years to pay off unfunded accrued liability | | | |
| | a. | Normal cost plus expenses [#3(a) + #3(b)] | $9,383,861 | $10,426,488 |
| | b. | Expected contributions | 21,895,000 | 23,260,000 |
| | c. | Amount left to pay unfunded liability [#5(b) - #5(a)] | 12,511,139 | 12,833,512 |
| | d. | Unfunded accrued liability | | |
| | | i. Amount (based on market value of assets) | 146,466,797 | 150,866,636 |
| | | ii. Number of years to pay off | 26.2 years | 26.5 years |

**Table F**

## Suburban Teamsters of Northern Illinois Pension Plan

Reconciliation of Plan Cost

| | | | |
|---|---|---|---|
| 1. | Plan cost for 2004 | | $22,092,345 |
| | | | |
| 2. | Change in plan cost due to | | |
| | a. | Change in assumed expenses | 10,000 |
| | b. | Increase in expected weeks worked | 300,420 |
| | c. | (Gain)/loss on market value of assets | (457,350) |
| | d. | Contributions greater than plan cost | (112,924) |
| | e. | Increase in average contribution rate | 292,715 |
| | f. | Increase in liability due to reciprocity retirements | 107,213 |
| | g. | Increase in liability for method change for valuing terminated vesteds | 455,687 |
| | h. | Increase in cost for new hires | 224,749 |
| | i. | (Gain)/loss on other assumptions | 603,878 |
| | j. | Total | 1,424,388 |
| | | | |
| 3. | Plan cost for 2005 | | $23,516,733 |

**Table G**

## Suburban Teamsters of Northern Illinois Pension Plan

Present Value of Accrued and Vested Benefits as of December 31, 2004
FAS No. 35 Disclosure at 8.00%

**Present Value of Accumulated Plan Benefits**

1. Vested benefits
   a. Participants currently receiving benefits — $263,222,977
   b. Other vested benefits — 240,736,356
   c. Total vested benefits — 503,959,333

2. Nonvested benefits — 21,648,129

3. Total present value of accumulated plan benefits — 525,607,462

4. Assets at market value on 12/31/2004 — 451,479,871

5. Funded ratio
   a. Vested [#4 ÷ #1(c)] — 90%
   b. Accrued [#4 ÷ #3] — 86%

**Change in Present Value of Accrued Benefits from 1/1/2004 to 12/31/2004**

1. Present value of accrued benefits on 1/1/2004 — $497,768,804

2. Increase/(decrease) during the year attributable to:
   a. Benefits paid — (33,714,355)
   b. Interest during the year — 38,472,930
   c. Benefits accumulated and actuarial gains and losses — 23,080,083
   d. Total increase/(decrease) — 27,838,658

3. Present value of accrued benefits on 1/1/2005 — $525,607,462

**Table H**

## Suburban Teamsters of Northern Illinois Pension Plan

Withdrawal Liability Determination as of December 31, 2004

| | | | |
|---|---|---|---:|
| 1. | Present value of vested plan benefits at 12/31/2004 | | |
| | a. | Participants currently receiving benefits | $263,222,977 |
| | b. | Other vested benefits | 240,736,356 |
| | c. | Total vested benefits | 503,959,333 |
| 2. | Assets at market value on 12/31/2004 | | 451,479,871 |
| 3. | Unfunded vested benefits [#1(c) - #2, not less than $0] | | 52,479,462 |
| 4. | Percent vested [#2 ÷ #1(c)] | | 90% |

**Table I**

## Suburban Teamsters of Northern Illinois Pension Plan

Reconciliation of Assets as of December 31, 2004

| | | |
|---|---|---:|
| 1. | Assets at beginning of period | $426,098,631 |
| 2. | Receipts | |
| | a.  Net appreciation in fair value of investments | 19,537,685 |
| | b.  Interest | 18,408,924 |
| | c.  Employer contributions | 23,393,802 |
| | d.  Total receipts | 61,340,411 |
| 3. | Disbursements | |
| | a.  Benefit payments | 33,714,355 |
| | b.  Investment expenses | 1,358,561 |
| | c.  Administrative expenses | 886,255 |
| | d.  Total disbursements | 35,959,171 |
| 4. | Assets at end of period | 451,479,871 |

Table J

## Suburban Teamsters of Northern Illinois Pension Plan

Calculation of Actuarial Value of Assets as of January 1, 2005

|   |   |   | Net Appreciation | Portion Not Recognized | Appreciation Not Recognized |
|---|---|---|---|---|---|
| 1. | Period | | | | |
| | a. | 1/1/2004 - 12/31/2004 | $19,537,685 | 75% | $14,653,264 |
| | b. | 1/1/2003 - 12/31/2003 | 37,979,574 | 50% | 18,989,787 |
| | c. | 1/1/2002 - 12/31/2002 | (27,532,744) | 25% | (6,883,186) |
| | d. | Total | | | 26,759,865 |
| 2. | Market value of assets as of December 31, 2004 | | | | 451,479,871 |
| 3. | Preliminary actuarial value of assets [#2 - #1(d)] | | | | 424,720,006 |
| 4. | Actuarial value of assets restricted to the range of | | | | |
| | a. | 80% of the current market value of assets | | | 361,183,897 |
| | b. | 120% of the current market value of assets | | | 541,775,845 |
| 5. | Actuarial value of assets as of December 31, 2004 | | | | 424,720,006 |

**Table K**

## Suburban Teamsters of Northern Illinois Pension Plan

Calculation of (Gain)/Loss on Assets for Year Ended December 31, 2004

|    |    |    | Actuarial<br>Value | Market<br>Value |
|----|----|----|----|----|
| 1. | | Value of assets as of 1/1/2005 | $424,720,006 | $451,479,871 |
| 2. | | Calculation of expected value of assets<br>as of 1/1/2005 | | |
| | a. | Value of assets as of 1/1/2004 | 414,524,298 | 426,098,631 |
| | b. | Contributions | 23,393,802 | 23,393,802 |
| | c. | Benefits paid | 33,714,355 | 33,714,355 |
| | d. | Expenses | 886,255 | 886,255 |
| | e. | Expected earnings at 7.50% | 30,448,957 | 31,317,032 |
| | f. | Expected value of assets as of 1/1/2005 | 433,766,447 | 446,208,855 |
| 3. | | Asset (gain)/loss [#2(f) - #1] | 9,046,441 | (5,271,016) |
| 4. | | Rate of return on assets | 5.3% | 8.8% |

**Table L**

## Suburban Teamsters of Northern Illinois Pension Plan

Determination of Normal Cost and Unfunded Accrued Liability for 2005

1.  Entry age normal cost as of January 1
    a.   Age retirements                                    $6,154,772
    b.   Vesting                                             2,047,769
    c.   Survivor                                              363,618
    d.   Disability                                            410,693
    e.   Lump sum death benefit                               195,264
    f.   Total                                              9,172,116

2.  Normal cost payable mid-year
    a.   Normal cost                                        9,536,488
    b.   Expected administrative expenses                     890,000
    c.   Total                                             10,426,488

3.  Accrued liability
    a.   Retirees and beneficiaries                       271,914,192
    b.   Terminated vested employees                       67,271,760
    c.   Actives
         i.    Age retirements                            207,256,174
         ii.   Vesting                                     25,828,123
         iii.  Survivor                                    10,288,353
         iv.   Disability                                  10,478,983
         v.    Lump sum death benefit                       5,945,334
         vi.   Total actives                              259,796,967
    d.   Reciprocity                                        3,363,588
    e.   Total                                            602,346,507

4.  Actuarial value of assets                             424,720,006

5.  Unfunded accrued liability [#3(e) - #4]               177,626,501

**Table M**

## Suburban Teamsters of Northern Illinois Pension Plan

Determination of 2004 (Gain)/Loss

**Expected Unfunded Accrued Liability**

| | | |
|---|---|---|
| 1. | Unfunded accrued liability as of 1/1/2004 | $158,041,130 |
| 2. | Normal cost and expected expenses for 2004 | 9,025,321 |
| 3. | Interest on #1 and #2 to 12/31/2004 at 7.50% | 12,529,984 |
| 4. | Contributions for the 2004 plan year | 23,393,802 |
| 5. | Interest on #4 to 12/31/2004 at 7.50% | 657,157 |
| 6. | Expected unfunded accrued liability as of 1/1/2005 [#1 + #2 + #3 - #4 - #5] | 155,545,476 |

**Determination and Analysis of Gain or Loss**

| | | | |
|---|---|---|---|
| 7. | Total actuarial (gain)/loss before changes in contribution rates and change in benefit formula | | |
| | a. | Actual unfunded accrued liability as of 1/1/2005 | 177,626,501 |
| | b. | Expected unfunded accrued liability as of 1/1/2005 | 155,545,476 |
| | c. | Total actuarial (gain)/loss [#7(a) - #7(b)] | 22,081,025 |
| 8. | Asset (gain)/loss | | 9,046,441 |
| 9. | Liability (gain)/loss [#7(c) - #8] | | 13,034,584 |

Table N-1

## Suburban Teamsters of Northern Illinois Pension Plan

Calculation of Funding Standard Account Amortization Payments and Balances

| Description | Inception | Initial Information Balance | Period | 1/1/2004 Balance | 1/1/2005 Information Balance | Period | Payment |
|---|---|---|---|---|---|---|---|
| 1. Charges | | | | | | | |
| a. Combined bases | 1/1/1984 | $92,991,887 | 27 | $42,033,321 | $37,249,916 | 6 | $7,382,237 |
| b. Plan amendment | 1/1/1985 | 1,603,427 | 30 | 974,568 | 914,440 | 10 | 123,927 |
| c. Plan amendment | 1/1/1986 | 20,906,928 | 30 | 13,470,595 | 12,739,440 | 11 | 1,619,953 |
| d. Plan amendment | 1/1/1987 | 1,128,027 | 30 | 765,363 | 728,577 | 12 | 87,618 |
| e. Plan amendment | 1/1/1988 | 33,328,039 | 30 | 23,679,752 | 22,666,321 | 13 | 2,594,802 |
| f. Plan amendment | 1/1/1991 | 32,686,649 | 30 | 25,979,442 | 25,174,079 | 16 | 2,561,695 |
| g. Plan amendment | 1/1/1992 | 1,040,939 | 30 | 852,115 | 828,232 | 17 | 81,668 |
| h. Experience loss | 1/1/1993 | 335,663 | 15 | 126,748 | 98,411 | 3 | 35,203 |
| i. Plan amendment | 1/1/1994 | 10,309,208 | 30 | 8,881,943 | 8,676,840 | 19 | 810,464 |
| j. Plan amendment | 1/1/1995 | 5,097,103 | 30 | 4,490,078 | 4,395,655 | 20 | 401,097 |
| k. Experience loss | 1/1/1996 | 2,972,902 | 15 | 1,783,851 | 1,580,848 | 6 | 313,295 |
| l. Plan amendment | 1/1/1996 | 28,370,705 | 30 | 25,504,432 | 25,015,081 | 21 | 2,234,588 |
| m. Plan amendment | 1/1/1997 | 9,469,404 | 30 | 8,664,653 | 8,512,715 | 22 | 745,847 |
| n. Change in method | 1/1/1997 | 12,496,352 | 10 | 4,734,369 | 3,268,904 | 2 | 1,693,529 |
| o. Experience loss | 1/1/1997 | 15,967,765 | 15 | 10,595,533 | 9,581,255 | 7 | 1,682,739 |
| p. Change in assumptions | 1/1/1998 | 6,564,679 | 30 | 6,104,766 | 6,006,784 | 23 | 517,060 |
| q. Plan amendment | 1/1/1999 | 17,078,151 | 30 | 16,118,798 | 15,881,679 | 24 | 1,345,142 |
| r. Change in assumptions | 1/1/1999 | 3,462,977 | 30 | 3,268,445 | 3,220,364 | 24 | 272,758 |
| s. Plan amendment | 1/1/2001 | 17,260,107 | 30 | 16,513,458 | 16,290,533 | 25 | 1,359,474 |
| t. Plan amendment | 1/1/2002 | 19,459,310 | 30 | 18,851,320 | 18,617,525 | 26 | 1,532,692 |
| u. Plan amendment | 1/1/2002 | 15,616,237 | 30 | 15,302,854 | 15,128,322 | 27 | 1,229,996 |
| v. Experience loss | 1/1/2003 | 24,349,665 | 15 | 23,417,384 | 22,415,182 | 13 | 2,566,052 |
| w. Plan amendment | 1/1/2003 | 13,013,053 | 30 | 12,887,201 | 12,751,910 | 28 | 1,024,959 |
| x. Experience loss | 1/1/2004 | 20,108,490 | 15 | 20,108,490 | 19,338,591 | 14 | 2,119,103 |
| y. Plan amendment | 1/1/2004 | 10,634,133 | 30 | 10,634,133 | 10,531,288 | 29 | 837,586 |
| z. Experience loss | 1/1/2005 | 22,081,025 | 15 | N/A | 22,081,025 | 15 | 2,326,975 |
| bb. Total charges | | $438,332,825 | | $315,743,612 | $323,693,917 | | $37,500,459 |

Table N-2

## Suburban Teamsters of Northern Illinois Pension Plan

Calculation of Funding Standard Account Amortization Payments and Balances

| Description | Initial Information | | | 1/1/2004 | 1/1/2005 Information | | |
|---|---|---|---|---|---|---|---|
| | Inception | Balance | Period | Balance | Balance | Period | Payment |
| **2. Credits** | | | | | | | |
| a. Combined bases | 1/1/1984 | $33,784,924 | 24 | $10,034,764 | $7,791,317 | 3 | $2,787,027 |
| b. Plan amendment | 1/1/1989 | 685,094 | 30 | 507,295 | 487,872 | 14 | 53,461 |
| c. Experience gain | 1/1/1990 | 901,245 | 15 | 93,863 | 0 | 0 | 0 |
| d. Experience gain | 1/1/1991 | 3,317,676 | 15 | 669,257 | 346,723 | 1 | 346,723 |
| e. Change in assumptions | 1/1/1991 | 12,980,399 | 30 | 10,316,858 | 9,997,036 | 16 | 1,017,291 |
| f. Experience gain | 1/1/1992 | 5,190,639 | 15 | 1,519,176 | 1,048,933 | 2 | 543,423 |
| g. Change in assumptions | 1/1/1993 | 1,172,426 | 30 | 985,793 | 960,744 | 18 | 92,079 |
| h. Experience gain | 1/1/1994 | 2,299,939 | 15 | 1,050,817 | 869,903 | 4 | 241,604 |
| i. Experience gain | 1/1/1995 | 113,236 | 15 | 60,119 | 51,820 | 5 | 11,914 |
| j. Change in assumptions | 1/1/1996 | 15,175,191 | 30 | 13,642,052 | 13,380,304 | 21 | 1,195,258 |
| k. Change in asset method | 1/1/1996 | 9,964,582 | 10 | 2,606,620 | 1,350,417 | 1 | 1,350,417 |
| l. Experience gain | 1/1/1998 | 13,859,166 | 15 | 10,015,278 | 9,196,357 | 8 | 1,460,527 |
| m. Plan amendment | 1/1/1999 | 9,555,172 | 30 | 8,885,750 | 8,743,133 | 23 | 752,603 |
| n. Experience gain | 1/1/1999 | 8,886,903 | 15 | 6,910,569 | 6,422,089 | 9 | 936,533 |
| o. Experience gain | 1/1/2000 | 6,420,064 | 15 | 5,320,590 | 4,992,323 | 10 | 676,569 |
| p. Experience gain | 1/1/2001 | 10,879,911 | 15 | 9,534,156 | 9,016,662 | 11 | 1,146,563 |
| q. Experience gain | 1/1/2002 | 9,090,984 | 15 | 8,368,742 | 7,966,505 | 12 | 958,040 |
| r. Change in assumptions | 1/1/2003 | 11,064,013 | 30 | 10,957,011 | 10,841,983 | 28 | 871,445 |
| s. Plan amend. (formula) | 1/1/2004 | 24,803,948 | 30 | 24,803,948 | 24,564,063 | 29 | 1,953,657 |
| t. Total credits | | $180,145,512 | | $126,282,658 | $118,028,184 | | $16,395,134 |
| 3. Net charges less credits [#1(b) - #2(t)] | | | | | $205,665,733 | | $21,105,325 |
| 4. Credit balance | | | | | $28,039,232 | | |
| 5. Unfunded accrued liability [#3 - #4] | | | | | $177,626,501 | | |

Table O

## Suburban Teamsters of Northern Illinois Pension Plan

Determination of Minimum and Maximum Deductible Contribution for 2005

**Minimum Contribution**

| | | | |
|---|---|---|---:|
| 1. | Charges | | |
| | a. | Normal cost | $9,172,116 |
| | b. | Expected expenses (discounted to January 1) | 855,995 |
| | c. | Amortization charges (outstanding balance of $323,693,917) | 37,500,459 |
| | d. | Interest as applicable on (a), (b) and (c) to end of year | 3,564,643 |
| | e. | Total charges | 51,093,213 |
| 2. | Credits | | |
| | a. | Prior year credit balance | 28,039,232 |
| | b. | Amortization credits (outstanding balance of $118,028,184) | 16,395,134 |
| | c. | Interest as applicable on (a) and (b) to end of year | 3,332,577 |
| | d. | Full funding credit | 0 |
| | e. | Total credits | 47,766,943 |
| 3. | Minimum contribution as of 12/31/2005 [#1(e) - #2(e), not less than $0] | | 3,326,270 |

**Maximum Deductible Contribution**

| | | | |
|---|---|---|---:|
| 1. | Normal cost and expenses with interest to end of the year | | $10,780,219 |
| 2. | 10-year amortization charges with interest to end of the year | | 25,877,682 |
| 3. | Minimum required contribution | | 3,326,270 |
| 4. | Full funding limit | | 213,260,514 |
| 5. | Preliminary maximum deductible contribution as of 12/31/2005 [greater of #1 + #2 and #3, not greater than #4] | | 36,657,901 |
| 6. | Unfunded current liability | | |
| | a. | Current liability, at end of year | 700,623,452 |
| | b. | Assets, at end of year | 417,300,593 |
| | c. | Unfunded current liability | 283,322,859 |
| 7. | Maximum deductible contribution [greater of #5 and #6(c)] | | 283,322,859 |

**Table P**

# Suburban Teamsters of Northern Illinois Pension Plan

Funding Standard Account for Year Ended December 31, 2004

1. Charges
   | | | |
   |---|---|---:|
   | a. | Normal cost including expenses | $9,025,321 |
   | b. | Amortization charges (outstanding balance of $315,743,612) | 35,173,481 |
   | c. | Interest as applicable on (a) and (b) to end of year | 3,314,910 |
   | d. | Total charges | 47,513,712 |

2. Credits
   | | | |
   |---|---|---:|
   | a. | Prior year credit balance | 31,419,824 |
   | b. | Employer contributions | 23,393,802 |
   | c. | Amortization credits (outstanding balance of $126,282,658) | 16,488,999 |
   | d. | Interest as applicable on (a), (b) and (c) to end of year | 4,250,319 |
   | e. | Total credits | 75,552,944 |

3. Credit balance as of December 31, 2004                 28,039,232

**Table Q**

## Suburban Teamsters of Northern Illinois Pension Plan

Disclosure Information for the 2005 Schedule B (Form 5500)

| | | Number | Vested Benefits | Total Benefits |
|---|---|---|---|---|
| 1. | RPA '94 current liability, interest rate of 6.10% | | | |
| | a. Retirees and beneficiaries | 2,932 | $310,452,812 | $310,452,812 |
| | b. Terminated vested participants | 1,947 | 90,781,870 | 90,781,870 |
| | c. Active participants | 5,323 | 247,630,673 | 278,260,947 |
| | d. Total | 10,202 | 648,865,355 | 679,495,629 |
| 2. | Expected increase in liability due to benefits accruing during the plan year, interest rate = 6.10% | | | 16,751,216 |
| 3. | RPA '94 current liability computed at highest allowable interest rate of 6.10% | | | 679,495,629 |
| 4. | Expected plan benefit payments during the plan year | | | 36,966,958 |

**Table R**

## Suburban Teamsters of Northern Illinois Pension Plan

Full Funding Limitations for 2005

| | | | Minimum | Maximum |
|---|---|---|---|---|
| 1. | | Assets for full funding as of 12/31/2005 | | |
| | a. | Lesser of market value and actuarial value of assets as of 1/1/2005 | $424,720,006 | $424,720,006 |
| | b. | Credit balance as of 1/1/2005 | 28,039,232 | N/A |
| | c. | Assets less credit balance | 396,680,774 | 424,720,006 |
| | d. | Expected benefit payments | 36,966,958 | 36,966,958 |
| | e. | Expected expenses discounted to 1/1 | 855,995 | 855,995 |
| | f. | Interest on (c), (d) and (e) to 12/31/2005 | 28,300,598 | 30,403,540 |
| | g. | Projected assets less credit balance (for Minimum) as of 12/31/2005 | 387,158,419 | 417,300,593 |
| 2. | | Accrued liability full funding limitation | | |
| | a. | Entry age normal accrued liability as of 1/1/2005 | 602,346,507 | 602,346,507 |
| | b. | Entry age normal cost as of 1/1/2005 | 9,172,116 | 9,172,116 |
| | c. | Expected benefit payments | 36,966,958 | 36,966,958 |
| | d. | Interest at 7.50% on (a), (b) and (c) to 12/31/2005 | 44,477,636 | 44,477,636 |
| | e. | Projected accrued liability as of 12/31/2005 | 619,029,301 | 619,029,301 |
| | f. | Accrued liability full funding limitation [#2(e) - #1(g), not less than $0] | 231,870,882 | 201,728,708 |
| 3. | | Assets for full funding override | | |
| | a. | Actuarial value of assets as of 1/1/2005 | $424,720,006 | $424,720,006 |
| | b. | Expected benefit payments | 36,966,958 | 36,966,958 |
| | c. | Expected expenses | 855,995 | 855,995 |
| | d. | Interest on (a), (b) and (c) to 12/31/2005 | 30,403,540 | 30,403,540 |
| | e. | Projected assets as of 12/31/2005 | 417,300,593 | 417,300,593 |
| 4. | | RPA '94 current liability override | | |
| | a. | RPA '94 current liability as of 1/1/2005 | 679,495,629 | 679,495,629 |
| | b. | Expected increase in accruals | 16,751,216 | 16,751,216 |
| | c. | Expected benefit payments | 36,966,958 | 36,966,958 |
| | d. | Interest at 6.10% on (a), (b) and (c) to 12/31/2005 | 41,343,565 | 41,343,565 |
| | e. | RPA '94 current liability | 700,623,452 | 700,623,452 |
| | f. | RPA '94 override [90% x #4(e) - #3(e), not less than $0] | 213,260,514 | 213,260,514 |
| 5. | | Full funding limitation [#2(f), not less than #4(f)] | 231,870,882 | 213,260,514 |

**Technical Appendix**

## Suburban Teamsters of Northern Illinois Pension Plan

**Active Employee Data**
The valuation is based on data provided by the Fund Office, OBA Midwest and the Prudential Companies.

Data was submitted for 5,323 active participants. Of these, 3,048 are vested.

**Inactive Participant Data**
The plan sponsor submitted data on 2,938 retirees and beneficiaries in pay status as of January 1, 2005. There are also 1,947 terminated vested participants entitled to future benefits. The data is summarized below:

|  | Number | Average Monthly Pension |
|---|---|---|
| Retirees | 2,373 | $1,068 |
| Disabled retirees | 67 | 902 |
| Beneficiaries | 492 | 495 |
| Terminated vested | 1,947 | 585 |

**Plan Summary**

1. Effective date of plan
    December 15, 1955.

2. Participation
    An employee becomes a participant on the day he completes 10 weeks of covered employment. However, if an employee's first covered hour is on the day his employer is first obligated to contribute for him, he becomes a participant on that day.

3. Plan year
    Calendar year.

4. Vesting credits
    A year of vesting credit is earned for each plan year in which the participant has at least 20 weeks of employment.

5. Benefit credits
   a. Future

| Weeks of Employment | Benefit Credits |
| --- | --- |
| 40-52 | 1.0 |
| 36-39 | .9 |
| 32-35 | .8 |
| 28-31 | .7 |
| 24-27 | .6 |
| 20-23 | .5 |
| 16-19 | .4 |
| 12-15 | .3 |
| 8-11 | .2 |
| 4-7 | .1 |
| less than 4 | none |

   b. Past
    1/10th of a credit for each 100 hours of contiguous employment in a year prior to the employer's obligation to contribute. No more than 5 past credits or more than the future service benefit credits will be granted.

   c. Maximum
    38 benefit credits.

6. Period of benefit accrual
    Each distinct period during which an active participant earns benefit credit beginning on first day first covered hour (not included in a previous period of benefit accrual) and ending on the day when he becomes inactive (a year with less than 10 weeks of employment).

7. Accrued benefit during a period of benefit accrual
    Benefit credits for the period of benefit accrual multiplied by the benefit level factor for that period.

8.  Accrued benefit

The total of the accrued benefits earned for each period of benefit accrual. Effective January 1, 2004, the accrued benefit for a participant is equal to:

a.  The accrued benefit as of December 31, 2003, plus
b.  The sum of the benefits earned for all periods of benefit accrual beginning January 1, 2004  The benefit earned during a period of benefit accrual is equal to 0.7 times the employer contribution rate times the number of benefit service credits earned at that employer contribution rate.

9.  Normal retirement
a.  Eligibility

Attained age of 60 or the 5th anniversary of the date the employee became a participant or the accumulation of 5 vesting credits.

b.  Benefit

Accrued benefit.

10.  Early retirement
a.  Eligibility

Attainment of age 55 and 5 or more vesting or benefit credits.

b.  Benefit

Accrued benefit reduced by 6% for each year that retirement precedes age 60.

11.  30 and Out
a.  Eligibility

30 contributory benefit credits.

b.  Benefit

Accrued benefit unreduced for retirement prior to age 60.

12.  25 and Out
a.  Eligibility

25 contributory benefit credits.

b.  Benefit

Special "25 and Out" pension based on the accrued benefit, and reduced by 6% for retirement prior to age 60; however, the reduction cannot exceed 30% of the accrued benefit. Special provisions apply to service prior to January 1, 2004.

13.  Disability retirement
a.  Eligibility

Cessation of covered employment due to onset of permanent and total disability benefit after becoming vested and being active in at least one year during the three years preceding the onset of disability. Onset of disability must be prior to age 60.

b.  Benefit

Accrued benefit, payable for life only.

Page A3

14. Deferred vested retirement
    a. Eligibility          5 or more vesting or benefit credits.

    b. Benefit          Accrued benefit, or if the participant retires early, the benefit is reduced in the same manner as an early retirement benefit.

15. Pre-retirement spouse death benefit
    a. Eligibility          5 or more Vesting or Benefit Credits.

    b. Benefit          50% of the early retirement benefit, reduced for the joint and survivor form. The benefit is reduced by 6% for each year that payment precedes the participant's age 60, but is not reduced by more than 30%. If the participant would have been eligible for an unreduced retirement benefit, the benefit is unreduced.

    c. Minimum benefit          $200 per month.

16. 10-year survivor benefit
    a. Eligibility          10 or more benefit credits and unmarried for the full year prior to death. Payable to beneficiary.

    b. Benefit          50% of the accrued benefit unreduced for payment before age 60, payable for 10 years only. The benefit is actuarially reduced if the beneficiary is a surviving child.

17. Post-retirement lump sum death benefit
    a. Eligibility          Disabled retirees over age 55 and all non-disabled retirees.

    b. Benefit          12 times the retiree's monthly benefit at retirement calculated in the form of the level ten-year certain and life option without regard to any increases beyond the date of retirement, if retired after December 31, 1995, but no more than $30,800. If retired prior to January 1, 1996, either $5,000, $3,000, $2,000 or $1,000.

18. Benefit forms for non-disability and death pension

    Level ten-year certain and life.

    Step down option with a guarantee of 120 payments.

    Joint and Survivor equal to 50% joint and survivor benefit after a guarantee of 120 payments have been made.

    Joint and Survivor (with pop-up) equal to 50% joint and survivor benefit after a guarantee of 120 payments have been made.

Page A4

19. Benefit level factor            Based on the benefit contribution rate of the participant at the end of a period of benefit accrual.

**Valuation Method and Actuarial Assumptions**

1. Valuation date                                 January 1, 2005.

2. Cost method                                    Individual entry age normal.

3. Asset valuation method         a. For funding standard account and maximum deductible contributions - asset appreciation (depreciation) is recognized at a rate of 25% per year over 4 years, whether the appreciation is realized or unrealized, subject to a minimum of 80% of market value and a maximum of 120% of market value.

                                  b. For annual plan cost - market value of assets.

4. Interest rate
   a. Funding                                     7.50% per annum.

   b. RPA '94 current liability                   6.10%.

   c. FAS 35 and withdrawal                       8.00%.
      liability

5. Mortality
   *Funding, FAS 35, OBRA '87*
   *current liability and*
   *withdrawal liability*
   a. Non-disabled                                1971 Group Annuity set back 1 year.

   b. Disabled                                    1965 Railroad Retirement Board Ultimate Table.

   *RPA '94 current liability*
   a. Non-disabled                                1983 Group Annuity Table.

   b. Disabled                                    1983 Group Annuity Table.

6.  Termination

Separation rates (after the first 3 years of participation) at sample ages are shown below:

| Age | Annual Rate Per 100 Participants (Ultimate) |
|-----|---------------------------------------------|
| 20  | 12.0 |
| 30  | 8.0 |
| 40  | 6.0 |
| 50  | 4.0 |
| 60  | 0.0 |

During the first 3 years of participation, the separation rates are:

| Years of Participation | Annual Rate Per 100 Participants (Select) |
|------------------------|-------------------------------------------|
| 0 | 30 |
| 1 | 20 |
| 2 | 10 |

7.  Disability

| Age | Annual Rate Per 100 Participants (Ultimate) |
|-----|---------------------------------------------|
| 20  | .06 |
| 30  | .06 |
| 40  | .10 |
| 50  | .42 |
| 60  | .00 |

8.  Retirement

Retirement rates:

| Age | Percent |
|-----|---------|
| Prior to age 55 (with 25 or more benefit credits) | 1% |
| 55-58 | 5% |
| 59-60 | 15% |
| 61-64 | 25% |
| 65 | 100% |

9.  Percent married

90%.

10. Age of spouse

Husbands are assumed to be 3 years older than wives.

11. Expected expenses

Expenses for the valuation year are assumed to be equal to the prior year's administrative expenses, rounded to the nearest $10,000.

| 12. Service after the valuation date | Active participants are assumed to earn the average number of benefit credits as was earned in the prior year by continuing active participants (on average, continuing active participants earned 0.9 benefit credits in 2004). |
|---|---|
| 13. Contributions | Based on collective bargaining agreements – rates as of January 1, 2004 vary between $10.00 per week and $142.00 per week. |
| 14. Reciprocity | Terminated vested liability is loaded by 5%. There is no load for the active liability |

# Glossary

**Accrued liability**
The present value of benefits allocated to the years before and up to the current date according to a specified actuarial funding method.

**Actuarial assumptions**
Assumptions used in the calculation of the present value of benefits. Assumptions include such items as the interest rate used to discount liabilities, probability of retirement at each age, probability of death, termination of employment and occurrence of disability.

**Actuarial funding method**
The method used to allocate cost to various time periods: prior years, the current year and future years.

**Actuarial (gain)/loss**
The difference between the expected liability, and the actual liability based on the prior valuation, according to the prior valuation's actuarial assumptions.

**Individual entry age normal actuarial funding method**
The normal cost in this method is determined as follows:
- First, the present value of projected benefits at each active participant's entry age into the plan is determined.
- Then the present value of years worked at each active participant's entry age into the plan is determined.
- The normal cost for each participant is determined by taking the ratio of the entry age present value of benefits to the total present value of years worked. The total normal cost is equal to the sum of the individual normal costs.

The accrued liability in this method is determined as follows:
- The total projected present value of benefits for each active participant is determined
- The present value of future normal costs is determined for each active participant by multiplying the normal cost by the present value of future years worked at each active participant's current age.
- The accrued liability for each participant is equal to the present value of benefits less the present value of future normal costs. The total accrued liability for active participants is equal to the sum of the individual accrued liabilities. The accrued liability for inactive participants is equal to the present value of future benefits.

**Normal cost**
The cost of benefits allocated to the current year according to the actuarial funding method.

**Present value of accrued benefits**
The present value of benefits based on service accrued to date.

**Unfunded accrued liability**
The difference between the accrued liability and the value of assets.

**Exhibit B**

# Suburban Teamsters of Northern Illinois Pension Plan

Withdrawal Liability Report as of December 31, 2004

*David C. Feinstein*

David C. Feinstein

## I. INTRODUCTION AND SUMMARY

The Multiemployer Pension Plan Amendments Act of 1980 (MPPAA), as amended by the Deficit Reduction Act of 1984 (DEFRA), requires assessment of withdrawal liability to employers that withdraw from the plan after September 26, 1980. Under the law, there is a complete withdrawal if an employer has permanently ceased under the plan or has permanently ceased to have an obligation to contribute the plan.

A partial withdrawal occurs if there is a 70% decline in the number of base units in each of three consecutive plan years (the testing period) when compared to the average of the base units in the two plan years in which the base units were the highest within the five plan years preceding the testing period (high base year). A partial withdrawal may also occur if an employer ceases to have an obligation to contribute under one or more, but not all of the agreements, and continues work in the jurisdiction, of if the employer permanently ceases to be obligated to contribute for work performed at one or more, but not all, of the facilities covered.

The amount of the withdrawal liability is based on the plan's unfunded vested benefits. Vested benefits are benefits which are non-forfeitable. The unfunded vested benefits are the value of the vested benefits not covered by the market value of the plan's assets.

The plan's method of allocating liability is the "presumptive method" as described in the statute. It involves allocation of a proportionate share of the initial liability pool (established as of December 31, 1979) plus a portion of the annual changes in the unfunded vested liability. In addition, the assessment may include portions of the reallocated liabilities, established from non-collectible or non-assessable amounts. The allocation method is fully described in Appendix A.

Based upon the data used in the actuarial valuation as of January 1, 2005, the plan provisions in effect as of December 31, 2004, and the actuarial methods and assumptions as described in Exhibit III of the actuarial certification of withdrawal liability pools, we have calculated the unfunded vested liability and the corresponding pool for each plan year with the plan year ending on December 31, 2004. There was no unfunded vested liability before 2001. The unfunded vested liability and pools for plan years 2001, 2002, 2003 and 2004 are shown in section II of this report.

Because the plan must be in a position to establish withdrawal liability upon an employer's withdrawal, the calculations of the withdrawal liability pools must be made annually even if no employer has withdrawn.

The withdrawal liability pools presented in this report were used to compute withdrawal liability for employers withdrawing in the period January 1, 2005 to December 31, 2005. The proportion of each pool allocated to an employer is based upon the ratio of its obligated contributions to the total contributions received by the plan in the five-year period immediately preceding the establishment of each pool.

Upon the re-entry of an employer following assessment of withdrawal liability, payments are abated if the base units subsequent to re-entry exceed 30% of the average of the base units in the high base year. However, the re-entering employer must post a bond or escrow amount equal to 70% of the withdrawal liability payments otherwise due.

## II. WITHDRAWAL LIABILITY POOLS

**Liability Pools**

The following chart shows the plan's unfunded vested liability for each year, the initial value of each pool, and the unamortized portion of each pool as of December 31, 2004.

| Plan Year Ended in: | Unfunded Vested Liability | Liability Pools | |
|---|---|---|---|
| | | Initial value | Unamortized Portion |
| Prior to 2001 | $0 | $0 | $0 |
| 2001 | 19,212,624 | 19,212,624 | 16,330,730 |
| 2002 | 63,594,265 | 45,342,272 | 40,808,045 |
| 2003 | 52,358,981 | (8,007,539) | (7,607,162) |
| 2004 | 52,479,462 | 2,947,849 | 2,947,849 |
| Total as of December 31, 2004 | | | $52,479,462 |

**Determination of Withdrawal Liability**

An employer's withdrawal liability is determined by adding up its share of the unamortized portions of the basic pools. The employer's share of each pool is based upon the ratio of the employer's obligated contributions to the plan's total contributions in the five-year period immediately prior to the establishment of each pool.

The law also provides for a deduction to be applied in the case of small amounts. The deduction is based upon a *de minimis* amount equal to 0.75% of the unfunded vested liability, but not greater than $50,000. For withdrawals in the year January 1, 2005 to December 31, 2005, the *de minimis* amount was $50,000.

**Payment of Withdrawal Liability**

A withdrawn employer's withdrawal liability assessment may be paid in quarterly installments. The quarterly installment is calculated as one-fourth of the product of:

(a)    the average base units in the three consecutive years which produce the highest average within the 10-year period ending before the plan year of withdrawal, and

(b)    the highest contribution rate in the 10-year period ending with the plan year of withdrawal.

The number of quarterly installments is calculated on the basis of the amount of withdrawal liability and crediting interest at the actuarial valuation rate of 8.0%.

**Employer Inquiries**

An employer is entitled to be advised, at its request, of the amount of its potential withdrawal liability, without charge except to the extent that special information has to be developed for that employer. Employers making such requests are furnished withdrawal liability estimates.

## APPENDIX A
## THE PLAN'S METHOD FOR ALLOCATING WITHDRAWAL LIABILITY

The Plan determines the liability of an employer that has completely withdrawn on the basis of the statutory method defined in Section 4211(b) of ERISA.

The gross liability of an employer upon complete withdrawal from the Plan is determined as the sum of its proportionate shares of the unamortized balances, as of the end of the Plan Year immediately preceding withdrawal, of the Initial Amount and the Annual Changes.

A.     The <u>Initial Amount</u> is the Plan's unfunded liability for vested benefits as of its establishment date (December 31, 1979). This is determined by subtracting the market value of Plan assets from the value of vested benefits under the Plan.

B.     The <u>Annual Changes</u> are the changes in the Plan's unfunded liability for vested benefits as of the end of each Plan Year after its establishment date to the end of the Plan Year immediately preceding withdrawal, determined as follows:

   1.     the Plan's unfunded liability for vested benefits (not less than zero) as of the end of the Plan Year, minus
   2.     the total (not less than zero) of the unamortized balances of (i) the Initial Amount and (ii) each previous Annual Change.

**Unamortized Balances**

The "unamortized balance" of each of these sources of liability assessment is determined by reducing each figure by 5 percent of its original amount for each year from the end of the Plan Year as of which the change was originally determined to the end of the Plan Year immediately preceding withdrawal.

**Allocation to the Employer**

The unamortized portion of the Initial Amount and each Annual Change are prorated to an employer for determining the amount of its liability in the event of its complete withdrawal, on the basis of the ratio of the employer's obligated contributions to the Plan during an "apportionment base period". The apportionment base period consists of the five years ending with the date as of which each of the amounts was originally determined.

***De Minimis***

Each withdrawal liability assessment is the total of the unamortized balances of the allocated amounts, as defined above, less a *de minimis* deductible. The deductible is $50,000, but no more than three-quarters of one percent of the Plan's unfunded liability for vested benefits, if less. This deductible amount is reduced, dollar for dollar, by the amount by which the gross liability of the employer exceeds $100,000.

## APPENDIX B
## ACTUARIAL CERTIFICATION OF WITHDRAWAL LIABILITY POOLS

This is to certify that we have prepared an actuarial valuation to calculate the pools used to assess withdrawal liability to employers who withdrew during the year beginning January 1, 2005. The calculations were performed in accordance with generally accepted actuarial principles and practices.

The certificate contains the following exhibits:

Exhibit I:      Unfunded Actuarial Present Value of Vested Benefits
Exhibit II:     Withdrawal Liability Pools
Exhibit III:    Actuarial Assumptions and Methods
Exhibit IV:     Summary of Plan Provisions

The valuation was based on information supplied by the Fund office, OBA Midwest and the Prudential Companies. We have not verified and normally would not verify such information, but we have no reason to doubt its substantial accuracy.

To the best of my knowledge, the information supplied in this actuarial valuation is complete and accurate, and in my opinion the assumptions used in the aggregate are reasonably related to the experience of the plan and to reasonable expectations.

David C. Feinstein
Senior Consulting Actuary
Enrolled Actuary No. 08-3217

**EXHIBIT I**

**UNFUNDED ACTUARIAL PRESENT VALUE OF VESTED BENEFITS**

The calculations include the following participants as of December 31, 2004.

|  | December 31, 2004 |
|---|---|
| a. Active vested employees | 3,048 |
| b. Inactive employees with vested pension rights | 1,947 |
| c. Pensioners and beneficiaries | 2,932 |

The actuarial factors are shown below as of December 31, 2004.

|  | December 31, 2004 |
|---|---|
| 1. Actuarial present value of vested benefits | $503,959,333 |
| 2. Market value of assets | 451,479,871 |
| 3. Unfunded value of vested benefits for withdrawal liability purposes: (1) – (2), not less than 0 | 52,479,462 |

**EXHIBIT II**

**WITHDRAWAL LIABILITY POOLS**

| Pool Established December 31: | Original Amount | Pool Balance on December 31, 2004* |
|---|---|---|
| Prior to 2001 | $0 | $0 |
| 2001 | 19,212,624 | 16,330,730 |
| 2002 | 45,342,272 | 40,808,045 |
| 2003 | (8,007,539) | (7,607,162) |
| 2004 | 2,947,849 | 2,947,849 |

*Each pool is written down annually at the rate of 5% of its original amount.*

**EXHIBIT III**

**ACTUARIAL ASSUMPTIONS AND METHODS**

1.  Valuation date

    January 1, 2005.

2.  Cost method

    Individual entry age normal.

3.  Asset valuation method

    a.  For funding standard account and maximum deductible contributions - asset appreciation (depreciation) is recognized at a rate of 25% per year over 4 years, whether the appreciation is realized or unrealized, subject to a minimum of 80% of market value and a maximum of 120% of market value.

    b.  For annual plan cost - market value of assets.

4.  Interest rate
    a.  Funding

    7.50% per annum.

    b.  RPA '94 current liability

    6.10%.

    c.  FAS 35 and withdrawal liability

    8.00%.

5.  Mortality
    *Funding, FAS 35, OBRA '87 current liability and withdrawal liability*
    a.  Non-disabled

    1971 Group Annuity set back 1 year.

    b.  Disabled

    1965 Railroad Retirement Board Ultimate Table.

    *RPA '94 current liability*
    a.  Non-disabled

    1983 Group Annuity Table.

    b.  Disabled

    1983 Group Annuity Table.

**EXHIBIT III**

**ACTUARIAL ASSUMPTIONS AND METHODS**

6.  Termination

Separation rates (after the first 3 years of participation) at sample ages are shown below:

| Age | Annual Rate Per 100 Participants (Ultimate) |
|-----|---------------------------------------------|
| 20  | 12.0 |
| 30  | 8.0  |
| 40  | 6.0  |
| 50  | 4.0  |
| 60  | 0.0  |

During the first 3 years of participation, the separation rates are:

| Years of Participation | Annual Rate Per 100 Participants (Select) |
|------------------------|-------------------------------------------|
| 0 | 30 |
| 1 | 20 |
| 2 | 10 |

7.  Disability

| Age | Annual Rate Per 100 Participants (Ultimate) |
|-----|---------------------------------------------|
| 20  | .06 |
| 30  | .06 |
| 40  | .10 |
| 50  | .42 |
| 60  | .00 |

8.  Retirement

Retirement rates:

| Age | Percent |
|-----|---------|
| Prior to age 55 (with 25 or more benefit credits) | 1% |
| 55-58 | 5% |
| 59-60 | 15% |
| 61-64 | 25% |
| 65 | 100% |

9.  Percent married

90%.

10. Age of spouse

Husbands are assumed to be 3 years older than wives.

**EXHIBIT III**

**ACTUARIAL ASSUMPTIONS AND METHODS**

| | |
|---|---|
| 11. Expected expenses | Expenses for the valuation year are assumed to be equal to the prior year's administrative expenses, rounded to the nearest $10,000. |
| 12. Service after the valuation date | Active participants are assumed to earn the average number of benefit credits as was earned in the prior year by continuing active participants (on average, continuing active participants earned 0.9 benefit credits in 2004). |
| 13. Contributions | Based on collective bargaining agreements – rates as of January 1, 2004 vary between $10.00 per week and $142.00 per week. |
| 14. Reciprocity | Terminated vested liability is loaded by 5%. There is no load for the active liability |

**EXHIBIT IV**

**SUMMARY OF PLAN PROVISIONS**

1.  Effective date of plan

December 15, 1955.

2.  Participation

An employee becomes a participant on the day he completes 10 weeks of covered employment. However, if an employee's first covered hour is on the day his employer is first obligated to contribute for him, he becomes a participant on that day.

3.  Plan year

Calendar year.

4.  Vesting credits

A year of vesting credit is earned for each plan year in which the participant has at least 20 weeks of employment.

5.  Benefit credits
    a.  Future

| Weeks of Employment | Benefit Credits |
|---|---|
| 40-52 | 1.0 |
| 36-39 | .9 |
| 32-35 | .8 |
| 28-31 | .7 |
| 24-27 | .6 |
| 20-23 | .5 |
| 16-19 | .4 |
| 12-15 | .3 |
| 8-11 | .2 |
| 4-7 | .1 |
| less than 4 | none |

    b.  Past

$1/10^{th}$ of a credit for each 100 hours of contiguous employment in a year prior to the employer's obligation to contribute. No more than 5 past credits or more than the future service benefit credits will be granted.

    c.  Maximum

38 benefit credits.

6.  Period of benefit accrual

Each distinct period during which an active participant earns benefit credit beginning on first day first covered hour (not included in a previous period of benefit accrual) and ending on the day when he becomes inactive (a year with less than 10 weeks of employment).

7.  Accrued benefit during a period of benefit accrual

Benefit credits for the period of benefit accrual multiplied by the benefit level factor for that period.

**EXHIBIT IV**

**SUMMARY OF PLAN PROVISIONS**

8.    Accrued benefit

The total of the accrued benefits earned for each period of benefit accrual. Effective January 1, 2004, the accrued benefit for a participant is equal to:

    a.    The accrued benefit as of December 31, 2003, plus
    b.    The sum of the benefits earned for all periods of benefit accrual beginning January 1, 2004  The benefit earned during a period of benefit accrual is equal to 0.7 times the employer contribution rate times the number of benefit service credits earned at that employer contribution rate.

9.    Normal retirement
    a.    Eligibility

Attained age of 60 or the 5th anniversary of the date the employee became a participant or the accumulation of 5 vesting credits.

    b.    Benefit

Accrued benefit.

10.    Early retirement
    a.    Eligibility

Attainment of age 55 and 5 or more vesting or benefit credits.

    b.    Benefit

Accrued benefit reduced by 6% for each year that retirement precedes age 60.

11.    30 and Out
    a.    Eligibility

30 contributory benefit credits.

    b.    Benefit

Accrued benefit unreduced for retirement prior to age 60.

12.    25 and Out
    a.    Eligibility

25 contributory benefit credits.

    b.    Benefit

Special "25 and Out" pension based on the accrued benefit, and reduced by 6% for retirement prior to age 60; however, the reduction cannot exceed 30% of the accrued benefit. Special provisions apply to service prior to January 1, 2004.

13.    Disability retirement
    a.    Eligibility

Cessation of covered employment due to onset of permanent and total disability benefit after becoming vested and being active in at least one year during the three years preceding the onset of disability. Onset of disability must be prior to age 60.

    b.    Benefit

Accrued benefit, payable for life only.

**EXHIBIT IV**

**SUMMARY OF PLAN PROVISIONS**

14. Deferred vested retirement
   a. Eligibility

   5 or more vesting or benefit credits.

   b. Benefit

   Accrued benefit, or if the participant retires early, the benefit is reduced in the same manner as an early retirement benefit.

15. Pre-retirement spouse death benefit
   a. Eligibility

   5 or more Vesting or Benefit Credits.

   b. Benefit

   50% of the early retirement benefit, reduced for the joint and survivor form. The benefit is reduced by 6% for each year that payment precedes the participant's age 60, but is not reduced by more than 30%. If the participant would have been eligible for an unreduced retirement benefit, the benefit is unreduced.

   $200 per month.

   c. Minimum benefit

16. 10-year survivor benefit
   a. Eligibility

   10 or more benefit credits and unmarried for the full year prior to death. Payable to beneficiary.

   b. Benefit

   50% of the accrued benefit unreduced for payment before age 60, payable for 10 years only. The benefit is actuarially reduced if the beneficiary is a surviving child.

17. Post-retirement lump sum death benefit
   a. Eligibility

   Disabled retirees over age 55 and all non-disabled retirees.

   b. Benefit

   12 times the retiree's monthly benefit at retirement calculated in the form of the level ten-year certain and life option without regard to any increases beyond the date of retirement, if retired after December 31, 1995, but no more than $30,800. If retired prior to January 1, 1996, either $5,000, $3,000, $2,000 or $1,000.

## EXHIBIT IV

## SUMMARY OF PLAN PROVISIONS

| | | |
|---|---|---|
| 18. | Benefit forms for non-disability and death pension | Level ten-year certain and life. |
| | | Step down option with a guarantee of 120 payments. |
| | | Joint and Survivor equal to 50% joint and survivor benefit after a guarantee of 120 payments have been made. |
| | | Joint and Survivor (with pop-up) equal to 50% joint and survivor benefit after a guarantee of 120 payments have been made. |
| 19. | Benefit level factor | Based on the benefit contribution rate of the participant at the end of a period of benefit accrual. |

**Exhibit C**

**Suburban Teamsters of Northern Illinois Pension Plan**
Withdrawal Liability Calculation for Employers Withdrawing During 2005
Employer:  Robi Excavating, Inc.

Contribution Ratio

1.   Contribution history

|     | Plan Year Ended | Withdrawing Employer | All Employers |
|-----|-----------------|----------------------|---------------|
| a.  | 12/31/1997      | $3,340               | $12,096,364   |
| b.  | 12/31/1998      | 14,396               | 13,223,359    |
| c.  | 12/31/1999      | 16,548               | 14,752,462    |
| d.  | 12/31/2000      | 36,612               | 16,928,651    |
| e.  | 12/31/2001      | 23,913               | 18,662,984    |
| f.  | 12/31/2002      | 23,440               | 19,863,738    |
| g.  | 12/31/2003      | 16,778               | 21,689,466    |
| h.  | 12/31/2004      | 3,702                | 23,393,802    |

2.   Contribution ratio for allocating changes in liability
   a.   Contribution ratio for allocating 12/31/2001 change in liability     0.001253
   b.   Contribution ratio for allocating 12/31/2002 change in liability     0.001377
   c.   Contribution ratio for allocating 12/31/2003 change in liability     0.001276
   d.   Contribution ratio for allocating 12/31/2004 change in liability     0.001039

Employer's Share of 12/31/2004 UVB

| 1. | Share of prior years' pools ($0)                          | $0      |
|----|-----------------------------------------------------------|---------|
| 2. | Share of 12/31/2001 pool ($16,330,730)                    | 20,462  |
| 3. | Share of 12/31/2002 pool ($40,808,045)                    | 56,193  |
| 4. | Share of 12/31/2003 pool (-$7,607,162)                    | (9,707) |
| 5. | Share of 12/31/2004 pool ($2,947,849)                     | 3,063   |
| 6. | Sum of pools                                              | $70,011 |
| 7. | De minimus amount: lesser of $50,000 and 3/4 of 1% of plan's UVB | 50,000  |
| 8. | Reduction in employer's share of UVB                      | 50,000  |
| 9. | Employer's share of UVB (#4 - #6)                         | 20,011  |

**CHEIRON**

6/17/2008

**Exhibit C**

## Suburban Teamsters of Northern Illinois Pension Plan
Quarterly Repayment Schedule for Employers Withdrawing During 2005
Employer: Robi Excavating, Inc.

1. Employer's share of UVB                                    $20,011

2. Annual withdrawal liability payment

| | Weeks Worked | Contribution Rate | |
|---|---|---|---|
| 1995 plan year | 0 | | |
| 1996 plan year | 0 | | |
| 1997 plan year | 43 | | |
| 1998 plan year | 178 | | |
| 1999 plan year | 183 | | |
| 2000 plan year | 368 | | |
| 2001 plan year | 217 | | |
| 2002 plan year | 206 | | |
| 2003 plan year | 136 | | |
| 2004 plan year | 30 | 132.00 | |
| High 3-year average of weeks worked | | | 264 |
| Highest contribution rate in the 10-year period | | | 132.00 |
| Annual withdrawal liability payment | | | 34,848 |

3. Valuation interest rate                                    8.00%

4. Period of repayment                                        3 quarters

5. Payment for first 2 quarters                               $8,965

6. Final payment                                              $2,340

CHEIRON                                                       6/17/2008