1

1          IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE NORTHERN DISTRICT OF ILLINOIS
2                        EASTERN DIVISION

3

4     TRUSTEES OF THE SUBURBAN      )
      TEAMSTERS OF NORTHERN         )
5     ILLINOIS PENSION FUND,        )
                                    )
6                  Plaintiff,       )
                                    )
7          vs.                      )   No. 08 C 790
                                    )
8     ROBI EXCAVATING, INC.         )
      an Illinois corporation,      )
9                                   )
                   Defendant.       )
10

11

12          The deposition of ZYGMUNT GARWACKI, called

13     by the plaintiff for examination, pursuant to notice

14     and pursuant to the Rules of Civil Procedure for the

15     United States District Courts, taken before Lydia B.

16     Pinkawa, CSR and Notary Public in and for the County

17     of Cook and State of Illinois, on June 16, 2008, at

18     10:45 a.m., at 19 West Jackson Boulevard, Chicago,

19     Illinois.

20

21

22

23

24

2

```
 1          PRESENT:

 2               ARNOLD & KADJAN,
                 By MR. ANTHONY B. SANDERS,
 3               19 West Jackson Boulevard, Suite 300,
                 Chicago, Illinois  60604,
 4               (312) 236-0415

 5                 appeared on behalf of plaintiff,

 6               ANDERSON LAW OFFICES,
                 By MR. BURR E. ANDERSON,
 7               407 South Dearborn Street, Suite 1085,
                 Chicago, Illinois  60605,
 8               (312) 957-1100

 9                 appeared on behalf of defendant.

10

11

12          ALSO PRESENT:

13               Mr. Chris Garwacki

14

15

16

17

18

19

20

21

22

23

24
```

3

1                          I N D E X

2

3       WITNESS

4           Zygmunt Garwacki

5       EXAMINED BY                            PAGE

6           Mr. Sanders                          4

7

8                  NO EXHIBITS WERE MARKED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

4

```
 1                    ZYGMUNT GARWACKI,
 2     having been first duly sworn, was examined and
 3     testified as follows:
 4                    DIRECT EXAMINATION
 5     BY MR. SANDERS:
 6         Q    Could you please state your name for the
 7     record?  State your name.
 8         A    My name?  Zygmunt Garwacki.  Can I spell?
 9              MR. CHRIS GARWACKI:  No, you don't have to.
10              MR. ANDERSON:  Just let him ask the
11         questions.
12     BY MR. SANDERS:
13         Q    Are you the secretary for Robi Excavating?
14         A    Yes.
15         Q    And what are your duties for Robi
16     Excavating?  What do you do for the company?
17         A    I do estimates, I'm a Union 150 operator
18     engineer and also I do some equipment mechanical
19     work, you know, whatever.  Whatever you can do on
20     the company, I can help, you know, that's what I do.
21         Q    Now, I'm going to show you what, when the
22     president of the company was being deposed, was
23     marked as Exhibit 2.  If you could look this
24     document over and tell me if you recognize it.
```

5

1      A     Can we stop for a second?

2            (Discussion off the record.)

3      A     This is Chris' job, whatever he do for

4      this.  I just say no, then.

5      Q     If you could turn to the last page.  Is

6      that your wife's signature on that document?

7      A     Sounds like, yes.

8      Q     And does your wife sometimes receive mail

9      on your behalf?

10     A     No.

11     Q     I'll ask it this way.  When something comes

12     in the mail to that address, it looks like, is that

13     the address for Robi Decorating?

14           MR. ANDERSON:  Excavating.

15     A     Yes, that's my address.

16           MR. CHRIS GARWACKI:  It's not a decorating

17           business.

18     BY MR. SANDERS:

19     Q     When mail comes to that address, does your

20     wife sometimes sign for the mail when it needs a

21     signature?

22     A     No.

23     Q     Why did she sign for this particular piece

24     of mail?

6

1        A    No idea.

2        Q    But do you contend she didn't sign for it

3    or that she did?

4        A    I don't understand what you're saying.

5            MR. ANDERSON:  Objection.  I'd just ask is

6        that her signature.  I don't think he's --

7            MR. SANDERS:  That's a better question.

8        Q    That is your wife's signature, is that

9    true?

10        A    Yes.

11        Q    And if your wife receives mail for you,

12    does she give it to you?

13        A    Yes.

14    MR. SANDERS:  I have no further questions.

15    MR. ANDERSON:  I have none.  Waive signature.

16                (WITNESS EXCUSED.)

17

18

19

20

21

22

23

24