IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 C 790 |
| v. | ) ) | Judge Bucklo |
| ROBI EXCAVATING, INC. an Illinois corporation, | ) ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Burr Anderson, Esq.
      Anderson Law Offices
      407 S. Dearborn Street, Suite 1085
      Chicago, Illinois 60605

   PLEASE TAKE NOTICE that on June 25, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following documents:

1. Plaintiffs' Motion for Summary Judgment.

2. Plaintiffs' Response to Defendant's Motion for Summary Judgment and Memorandum of Law in Support of Summary Judgment.

3. Plaintiffs' Combined L.R. 56.1(b)(3)(B) Response to Defendant's L.R. 56.1 Statement of Uncontested Facts and L.R. 56.1(a)(3) Statement of Uncontested Facts.

4. Plaintiffs' L.R. 56.1(a) Exhibits Supporting Summary Judgment.

copies of which is attached hereto and served upon you.

                              Respectfully submitted,

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                              OF NORTHERN ILLINOIS PENSION FUND,
                              Plaintiffs,

                              By: /s/ Anthony B. Sanders
                                  One of their attorneys

JOHN J. TOOMEY
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, IL 60604-3958
(312) 236-0415

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Burr Anderson, Esq.
Anderson Law Offices
407 S. Dearborn Street, Suite 1085
Chicago, Illinois 60605

      /s/ **Anthony B. Sanders**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438