Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 790 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Trustees of Suburban Teamstrs PenFd vs. Robi Excavating, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|

Case 1:08-cv-00790  Document 23  Filed 06/19/2008  Page 1 of 1

08C790 Trustees of Suburban Teamstrs PenFd vs. Robi Excavating, Inc.  Page 1 of 1