IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS )<br>OF NORTHERN ILLINOIS PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBI EXCAVATING, INC. )<br>an Illinois corporation, )<br>)<br>Defendant. ) | Case No 08 C 790<br><br>Judge Bucklo, Room 1441<br>Magistrate Judge Ashman |

### NOTICE OF FILING

To:  John J. Toomey
     Arnold and Kadjan
     19 W Jackson, Suite 300
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that defendant, by its attorney, is filing its Response to Plaintiffs' L.R. 56.1(a)(3) Statement of Uncontested Facts with the United States District Court, Dirksen Building, 219 S Dearborn, Chicago, IL 60604, on this 11th day of July 2008. A copy of this Response is attached hereto and is hereby served upon you.

                                    ROBI EXCAVATING, INC.

                                    By: _____
                                         One of its attorneys

**OF COUNSEL:**
Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL  60605
(312) 957-1100
Atty# 3121649
burranderson@employmentlawillinois.com

**CERTIFICATE OF SERVICE**

      I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Response to Plaintiffs' L.R. 56.1(a)(3) Statement of Uncontested Facts to be served on the below-named attorney by personal delivery, on this 11th day of July 2008.

John J. Toomey
Arnold and Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

_____
Burr E. Anderson