# GROUP EXHIBIT
# A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> ROBI EXCAVATING, INC. an Illinois corporation, <br><br> Defendant. | ) ) ) ) ) No. 08 C 790 ) ) Judge Bucklo ) ) Magistrate Judge Ashman ) ) |

PLAINTIFFS' SUPPLEMENTAL ANSWERS TO DEFENDANT'S
INTERROGATORIES

TO: Burr Anderson, Esq.
Anderson Law Offices
407 S. Dearborn Street, Suite 1085
Chicago, Illinois 60605

SUPPLEMENTAL ANSWER TO INTERROGATORIES #2

2.  Identify all communications between Local 673 (to which defendant has been signatory) and plaintiffs pertaining to the determination referenced in par. 12 of the Complaint.

**SUPPLEMENTAL ANSWER:** Local 673 President Thomas Custer informed the Board of Trustees for the Fund at a Trustees Meeting on October 1, 2004 that Local 673 was terminating the collective bargaining agreement.

DATED this 3rd day of July, 2008.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION FUND.

By: _____
One of Their Attorneys

JOHN J. TOOMEY
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND )<br><br>Plaintiff, )<br><br>v. )<br><br>ROBI EXCAVATING, INC.<br>an Illinois corporation, )<br><br>Defendant. ) | No. 08 C 790<br><br>Judge Bucklo<br><br>Magistrate Judge Ashman |

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT

TO:  Burr Anderson, Esq.
Anderson Law Offices
407 S. Dearborn Street, Suite 1085
Chicago, Illinois 60605

Plaintiffs, Trustees of the Suburban Teamsters of Northern Illinois Pension Fund, by its attorney, John J. Toomey, Arnold and Kadjan, pursuant to Federal Rule of Civil Procedure 33, propound the following interrogatories to be answered completely, in writing, under oath, through service of such answers upon Plaintiffs' attorneys at the offices of Arnold & Kadjan, 19 West Jackson Boulevard, Chicago, Illinois 60604, within thirty (30) days after service of these Interrogatories. Pursuant to Rule 26(e), these Interrogatories are hereby denominated as continuing ones and Defendant is required to serve upon Plaintiffs corrected, supplemented, or augmented Answers hereto within thirty (30) days of discovery of any facts, documents, or other forms of information from any source, which arguably tend to show that Defendant's prior Answers are, might be, were, or might have been in any sense incorrect, incomplete, potentially misleading, or less than

fully responsive or truthful. Where these interrogatories request information from Defendant, they are to be construed as requesting information from any trades or businesses under common control with Defendant within the meaning of ERISA Section 4001(b), 29 U.S.C. Section 1301(b), as well as from all persons who have or had an ownership interest in Defendant.

1. Provide all legal and factual bases for any and all assertions by Defendant that it did not incur withdrawal liability to the Suburban Teamsters of Northern Illinois Pension Fund in the amount of $20,011.00, and that any of this amount of withdrawal liability is not due to the Suburban Teamsters of Northern Illinois Pension Fund.

**ANSWER:**


2. Provide all legal and factual bases for any and all assertions by Defendant that it is not in default of its withdrawal liability payment obligations within the meaning of 29 U.S.C. Section 1399(c)(5).

**ANSWER:**


3. Provide the names and addresses of any "trade or business" which was or is owned or controlled in whole or in part by Defendant, any of the shareholders of Defendant, any "trade or business" owned or controlled in whole or in part by Defendant, or any business owning or controlling Defendant, at any time from **January 1, 2005** through the present together with the period of time when any of the entity's owned or controlled the "trade or business," as well as the form and extent of the entity's interest in the "trade or business."

2

**ANSWER:**

4.  Identify the current assets and liabilities of Defendant, as well as any "trade or business" under common control with Defendant within the meaning of ERISA Section 4001(b), 29 U.S.C. Section 1301(b).

**ANSWER:**

5.  With respect to any of your responses to the Plaintiffs' First Request To Defendant To Admit Fact Or Application Of Law To Fact, served this date, where you fail to unconditionally admit the involved item, provide a full explanation of your reasons for failing to provide an unconditional admission concerning the involved item.

**ANSWER:**

6.  With respect to any sale of assets from Defendant to a third-party as a part of Defendant's cessation of obligations to contribute to the Suburban Teamsters of Northern Illinois Pension Fund, explain the manner in which the assets were transferred from Defendant to the third-party.

**ANSWER:**

7.  Identify the corporate officers and directors of Robi Excavating, Inc., and the periods of time during which these persons occupied the relevant office.

**ANSWER:**

8. As required by F.R.C.P. 26(a)(2), identify by name, address and telephone number each person expected to be called as an expert witness at trial, stating the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion, a prepared and signed written report containing all opinions and the reasons therefore with all data or information considered in forming the opinions, the exhibits to be used as a summary of or support for the opinions, the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years, the compensation to be paid for the study and testimony, and a listing of other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**ANSWER:**


9. List all persons who are expected, anticipated or will be called by Defendant as witnesses at trial, their names, addresses, and telephone number, and the matters on which they will testify.

**ANSWER:**

DATED this 28th day of March, 2008.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION FUND,

By: *John J. Toomey* (signature)
One of Their Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> ROBI EXCAVATING, INC. an Illinois corporation, <br><br> Defendant. | ) ) ) ) ) ) ) No. 08 C 790 ) ) Judge Bucklo ) ) Magistrate Judge Ashman ) ) ) |

PLAINTIFFS' FIRST REQUEST TO PRODUCE TO DEFENDANT

TO: Burr Anderson, Esq.
Anderson Law Offices
407 S. Dearborn Street, Suite 1085
Chicago, Illinois 60605

Plaintiffs, Trustees of the Suburban Teamsters of Northern Illinois Pension Fund, by its attorney, John J. Toomey, Arnold and Kadjan, pursuant to Federal Rule of Civil Procedure 34, request that Defendant, Robi Excavating, Inc., make available for inspection and copying at the offices of Plaintiff's counsel, Arnold and Kadjan, 19 West Jackson Boulevard, 3rd Floor, Chicago, Illinois, 60604, the following documents, objects and tangible things within thirty (30) days of the date of service hereof:

1. All state and federal tax returns, together with all included schedules, of Defendant for the **year 2005** through the present.

2. All state and federal tax returns, together with all included schedules, of any trade or business under common control with Defendant for the **years 2005** through the present.

1

3. All state and federal tax returns, together with all included schedules, of Chris Garwacki and Zygmunt Garwacki, and all other shareholders or officers of Robi Excavating., Inc., for the **year 2005** through the present.

4. All audited and unaudited financial statements of Defendant for the **year 2003** through the present.

5. All audited and unaudited financial statements of any trade or business under common control with Defendant for the **year 2005** through the present.

6. All documents reflecting receipts and disbursements of Defendant from January 1, 2005 through the present, including the identity of the entities from whom assets were received or to whom assets were disbursed and the amounts of such receipts or disbursements.

7. Any and all documents identified in, pertaining to, or relating to the answers of Defendant to the Plaintiffs' Interrogatories of this date.

8. Any and all documents identified in, pertaining to, or relating to the answers of Defendant to the Plaintiffs' Requests to Admit of this date.

DATED this 28th day of March, 2008.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION FUND,

By: _John J. Toomey_
One of Their Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 790 |
| ROBI EXCAVATING, INC. an Illinois corporation, | ) ) ) ) | Judge Bucklo Magistrate Judge Ashman |
| Defendant. | ) ) | |

NOTICE OF DEPOSITION

TO: Burr Anderson, Esq.
Anderson Law Offices
407 S. Dearborn Street, Suite 1085
Chicago, Illinois 60605

YOU ARE HEREBY NOTIFIED THAT THE DEPOSITIONS will be taken of the persons named on the date and hour specific below at the offices of ARNOLD AND KADJAN, 19 West Jackson Boulevard, Chicago, Illinois, before a notary public, pursuant to the provisions of Rules 26, 27, 28, 29, 30 and 30(b)(6) of the Federal Rules of Civil Procedure and Rule 18 of the U.S. District Court for the Northern District of Illinois the following officers of the above corporations:

| Name | Date | Time |
|---|---|---|
| Chris Garwacki | May 9, 2008 | 10:00 a.m. |
| Zygmunt Garwacki | May 9, 2008 | 2:00 p.m. |

YOU ARE HEREBY NOTIFIED that pursuant to the Federal Rules of Civil Procedure, you are by this Notice required to have present at the date, time and place stated, the said deponent for oral examination.

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,

By: _____
One of Their Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415