IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No 08 C 790 |
| ROBI EXCAVATING, INC. an Illinois corporation, | ) ) ) ) | Judge Bucklo, Room 1441 Magistrate Judge Ashman |
| Defendant. | ) ) | |

## NOTICE OF FILING

To: John J. Toomey
Arnold and Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

**PLEASE TAKE NOTICE** that defendant, by its attorney, is filing its Reply to Fund's Response Memorandum of Law in Support of Reply and Response to Fund's Motion for Summary Judgment with the United States District Court, Dirksen Building, 219 S Dearborn, Chicago, IL 60604, on this 11th day of July 2008. A copy of this Response is attached hereto and is hereby served upon you.

ROBI EXCAVATING, INC.

By: _____
One of its attorneys

**OF COUNSEL:**
Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty# 3121649
burranderson@employmentlawillinois.com

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Reply to Fund's Response Memorandum of Law in Support of Reply and Response to Fund's Motion for Summary Judgment to be served on the below-named attorney by personal delivery, on this 11th day of July 2008.

John J. Toomey
Arnold and Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

_____
Burr E. Anderson