## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS ) <br> OF NORTHERN ILLINOIS PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBI EXCAVATING, INC. ) <br> an Illinois corporation, ) <br> ) <br> Defendant. ) | Case No 08 C 790 <br><br> Judge Bucklo, Room 1441 <br> Magistrate Judge Ashman |

### NOTICE OF CHANGE OF ADDRESS

To:  United States District Court            John J. Toomey
     Dirksen Building                         Arnold and Kadjan
     219 S Dearborn                           19 W Jackson, Suite 300
     Chicago, IL 60604                        Chicago, IL 60604

**PLEASE TAKE NOTICE** effective August 1, 2008 the address of counsel for ROBI EXCAVATING, INC., changes as follows:

> Anderson Law Offices
> 223 W. Jackson Blvd.
> Suite 1100
> Chicago, IL 60606

There is no change in telephone or fax number.

ROBI EXCAVATING, INC.

By: _____
One of its attorneys

Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty# 3121649
burranderson@employmentlawillinois.com

## CERTIFICATE OF SERVICE

    I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice to be served on the United States District Court and on the below-named attorney, by personal delivery, on this 28th day of July 2008.

United States District Court  
Dirksen Building  
219 S Dearborn  
Chicago, IL 60604

John J. Toomey  
Arnold and Kadjan  
19 W Jackson, Suite 300  
Chicago, IL 60604

Burr E. Anderson