UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund

           Plaintiff,

v.          Case No.: 1:08−cv−00790

          Honorable Elaine E. Bucklo

Robi Excavating, Inc.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Robi filed a motion for summary judgment. Its Rule 56.1 Statement of Uncontested Facts refers to an affidavit and various exhibits. None are attached. Robi has until 9 a.m. Thursday, Sept. 4, 2008 to file the attachments and affidavits or its Rule 56 Statement will be stricken and the case decided without it.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.