### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, | ) ) ) | |
| Plaintiff. | ) ) ) | |
| v. | ) ) | Case No 08 C 790 |
| ROBI EXCAVATING, INC. an Illinois corporation. | ) ) ) | Judge Bucklo, Room 1441 Magistrate Judge Ashman |
| Defendant. | ) ) | |

### AFFIDAVIT OF CHRIS GARWACKI

Chris Garwacki, being duly sworn, does depose and state:

1.      I am fully knowledgeable of the facts contained herein and can testify about them if called upon to do so.

2.      I am an officer of Robi Excavating, Inc., ("Robi") and am thoroughly familiar with its operations. As an officer of the company I have had extensive interaction with union representatives of Local 673 of the International Brotherhood of Teamsters ("IBT"). and plaintiff's representatives.

3.      In 2005. Robi received notice from Local 673 that the union was terminating its labor agreement with Robi under the "one-man unit" rule. This notice is attached to this affidavit as Exhibit B.

4.      The Funds then claimed withdrawal liability in an April 29,2005 notice to Robi. see Exhibit B.

EXHIBIT

tabbies'

A

5.      I was personally involved with the resolution of Case 05 C 5977. which Robi settled with the IBT trust funds. The settlement amount was paid off. See Exhibit C to this affidavit. a summary of payments based on Robi's accounts payable journal. See Exhibit D. letter of acknowledgment from funds counsel.

I state nothing further.

Chris Garwacki

Sign and sworn before me

On this ___24th___ day of April 2008

Maria R Sandoval

My commission expires on _____

OFFICIAL SEAL
**MARIA R. SANDOVAL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-24-2009



# GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS & HELPERS, LOCAL UNION NO. 673

### AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS



THOMAS L. CUSTER    Secretary-Treasurer & Principal Officer

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
and REGULAR MAIL
Mr. Chris Garwacki
President
Robi Excavating, Inc.
920 W. Algonquin Road
Algonquin, Illinois 60120

      Re:    Notice of Contract Termination
             One Man Unit

Dear Sir:

Teamsters 673, pursuant to the National Labor Relations Board one man unit rule, as established in Haas Garage Door Co., 308 NLRB No. 174, 142 LRRM 1215, and Searls Refrigeration Company, 297 NLRB No. 14, 1333 LRRM 1080 (1989) give notice of its intent to terminate your current collective bargaining agreement upon contract expiration, March 31, 2006.

Under the one man unit doctrine, the contract may be terminated at any time, even in mid-term. For purposes of unit size, an owner-stockholder, or statutory supervisory (i.e. Chris Garwacki) is excluded from the unit.

Should you have any questions, do not hesitate to call me to discuss this matter.

Yours truly,

Thomas Custer


EXHIBIT
A
To Affidavit

1050 W. Roosevelt Rd.    West Chicago, Illinois 60185    Phone (630) 231-6660    Fax (630) 231-6168



# SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS
# PENSION FUND

**1275 WEST ROOSEVELT ROAD, UNIT 121, WEST CHICAGO, ILLINOIS 60185**

TELEPHONE 630-293-0390      FAX 630-562-0581

April 29, 2005

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Robi Excavating, Inc.
Attention: Rob Garwacki
150 Woodview Drive
Elgin, IL 60120

                                    Re:    Withdrawal Liability

Dear Mr. Garwacki:

Robi Excavating, Inc. completely withdrew from the Suburban Teamsters of Northern Illinois Pension Fund ("Pension Fund") during the plan year ending on December 31, 2004. Under the provisions of Section 4219 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as modified by the Multiemployer Pension Plan Amendments Act of 1980, you are hereby notified that your company is obligated to pay the Pension Fund the amount of $20,779.00 as a withdrawal liability assessment. This amount is payable in quarterly installments of $7,844.00, commencing on May 15, 2005, and with following payments in the same amount due on August 15, 2005, with a final payment of $5,446.00 due on November 15, 2005. You may also discharge your obligation with a single payment of $20,779.00, payable on May 15, 2005. I have enclosed a copy of the calculation of the withdrawal liability.

If you fail to make any payment when due, the entire balance will become immediately due and payable and the Pension Fund will assess interest from the due date and will undertake appropriate legal action to collect the withdrawal liability. I also direct your attention to ERISA Sections 4219 and 4221 for a description of rights you may have in connection with this assessment of withdrawal liability.

                                        Very truly yours,

                                        José M. Colín

Encl
cc:    Mr. Barry G. Collins
       Mr. David Feinstein
       Mr. John J. Toomey

EXHIBIT
B
To Affidavit

Suburban Teamsters - Welfare & Pension Fund Installment note payments ( 2006 )

| Check # | Date | Amount | Description |
|---|---|---|---|
| 1682 | 1/31/2006 | $ 6,000.00 | Deposit ($3000.00 for Welfare fund & $3000.00 for Pension fund) |
| 960816740 | 3/27/2006 | $ 2,322.66 | Bank cashier's check. Feb. & March '06 installments for both funds. $721.24 x 2, $440.09 x 2. |
| 1799 | 5/19/2006 | $ 721.24 | April '06 welfare fund. |
| 1800 | 5/19/2006 | $ 440.09 | April '06 pension fund |
| 1840 | 6/2/2006 | $ 721.24 | May '06 welfare fund |
| 1841 | 6/2/2006 | $ 440.09 | May '06 pension fund |
| 1894 | 6/22/2006 | $ 721.24 | June '06 welfare fund |
| 1895 | 6/22/2006 | $ 440.09 | June '06 pension fund |
| 1960 | 9/5/2006 | $ 721.24 | July '06 welfare fund |
| 1961 | 9/5/2006 | $ 440.09 | July '06 pension fund |
| 1962 | 9/5/2006 | $ 721.24 | Aug. '06 welfare fund |
| 1966 | 9/5/2006 | $ 880.16 | Aug. & Sept. '06 pension fund |
| 1965 | 9/26/2006 | $ 721.24 | Sept. '06 welfare fund |
| 1974 | 10/26/2006 | $ 721.24 | Oct. '06 welfare fund |
| 1992 | 11/27/2006 | $ 721.24 | Nov. '06 welfare fund |
| 2002 | 12/7/2006 | $ 440.09 | Oct. '06 pension fund |
| 2015 | 12/21/2006 | $ 721.24 | Dec. '06 welfare fund |
| 2016 | 12/21/2006 | $ 440.09 | Nov. '06 pension fund |
| 2024 | 1/22/2007 | $ 721.24 | Jan. '07 welfare fund - final. |
| 2025 | 1/22/2007 | $ 440.09 | Dec. '07 pension fund - final. |

**Total Paid**    **$ 19,495.85**

Note Total    $ 19,209.60



LAW OFFICES
## ARNOLD AND KADJAN

HUGH B. ARNOLD
DANIEL N. KADJAN
JOHN J. TOOMEY
L. STEVEN PLATT
JOHN F. ETZKORN
DONALD D. SCHWARTZ
STEVEN F. McDOWELL

JAMES R. ANDERSON
PAIGE E. ARNOLD
PAUL M. EGAN
DANIEL J. NICKEL
ANTHONY B. SANDERS
ANDREA M. FLAHERTY

19 WEST JACKSON BOULEVARD

### CHICAGO IL

60604-3958

® 522

TELEPHONE (312) 236-0415
FAX # (312) 341-0438

PLEASE REFER TO
OUR FILE NUMBER

February 1, 2007

Mr. Chris Garwacki
Robi Excavating, Inc.
920 W. Algonquin Road
Algonquin, Illinois 60102

Re:    Suburban Teamsters of Northern Illinois Welfare and Pension Funds

Dear Sir:

Enclosed please find the cancelled original Installment Notes in the above matter.

On behalf of the Funds, we would like to thank you for your prompt payments in retiring these notes.

Yours truly,

ARNOLD AND KADJAN

By: _____
       John J. Toomey

JJT:cc
Enclosure
cc:    Mr. Jose Colin
        Suburban Teamsters

EXHIBIT
D
To Affidavit