Case 1:05-cv-05977 Document 21 Filed 02/14/2006 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ROBI EXCAVATING, INC.<br>an Illinois corporation not in good standing,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 05 C 5977<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Nolan<br>)<br>)<br>) |

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, through its attorneys, ARNOLD AND KADJAN, and Defendant, ROBI EXCAVATING, INC., an Illinois corporation, through its attorney, Paul Bocksmith, Brocksmith & Brocksmith, and agree Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that the Order of Judgment entered by default on November 22, 2005 be vacated, and that this case be dismissed without prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. The court shall retain jurisdiction to enforce the terms of the Settlement Agreement. Upon payment in full of the note balance as set forth in the Settlement Agreement, this case shall be dismissed with prejudice on March 31, 2007.

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN
ILLINOIS WELFARE AND PENSION
FUNDS, Plaintiffs

John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Suite 300
Chicago, Illinois 60604
(312) 236-0415

ROBI EXCAVATING, INC., an
Illinois corporation,

Paul A. Brocksmith
Brocksmith & Brocksmith
33 North LaSalle Street
Suite 1900
Chicago, Illinois 60602
(312) 425-2550

EXHIBIT C